UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                                    :
FOUNDATION CAPITAL RESOURCES,       :
INC.,                                                               :
                                                                    :
        Plaintiff,                                          :   Civil Action No. 3:17-cv-0135(JAM)
                                                                    :
        v.                                                    :
                                                                    :
PRAYER TABERNACLE CHURCH OF         :
LOVE, INC. AND THE FEDERAL DEPOSIT  :
INSURANCE COMPANY AS RECEIVER       :
FOR THE COMMUNITY'S BANK,           :
                                                                    :
        Defendants.                                         :   February 24, 2017
_____:

### MOTION TO STRIKE FILING AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT PRAYER TABERNACLE CHURCH OF LOVE, INC.

      The Plaintiff Foundation Capital Resources, Inc. (the "Plaintiff"), respectfully moves to strike the pleading styled "Defendant's Third Special Defenses and Counterclaims," and for the entry of default against the Defendant Prayer Tabernacle Church of Love, Inc. ("Prayer Tabernacle"), pursuant to Federal Rule of Civil Procedure 55(a).

      On January 30, 2017, the Plaintiff commenced this action by way of summons and complaint [ECF No. 1]. On February 1, 2017, proper service was made upon Prayer Tabernacle [ECF No. 10]. Pursuant to the Summons, Prayer Tabernacle was required to file an answer or otherwise plead on or before February 22, 2017 [ECF No. 8].

      On February 22, 2017, with no attorney having entered an appearance on its behalf, Prayer Tabernacle filed its initial pleading, which it styled as "Defendant's Third Special Defenses and Counterclaims." [ECF No. 11]. Defendant's pleading was signed by the Pastor

Kenneth H. Moales, Jr. on behalf of Prayer Tabernacle [ECF No. 11 at p. 46].  As he notes at p. 43, Pastor Moales is not an attorney [ECF No. 11].

Given that Defendant Prayer Tabernacle has not appeared through counsel, Plaintiff submits that Defendant's filing, [ECF No. 11], should be stricken and not be considered by the Court.  It is well established that a corporation cannot appear *pro se*. *See Eagle Associates v. Bank of Montreal*, 926 F.2d 1305, 1308-09 (2d Cir. 1991); *Wood and Bricks, LLC v. TD Development, LLC*, 2016 U.S. Dist. LEXIS 174859, at *2 (D. Conn. Dec. 19, 2016).  Accordingly, the filing purportedly entered on behalf of Defendant is of no effect.

Insofar as the Defendant has not entered an appearance nor timely filed an answer to the Complaint, the Defendant is now in default.  Accordingly, Plaintiff Foundation Capital Resources, Inc. respectfully requests that the Court enter a default under Rule 55(a) for "failure to plead or otherwise defend."

WHEREFORE, in light of the foregoing, the Plaintiff respectfully asks that the Court strike the pleading styled "Defendant's Third Special Defenses and Counterclaims," and enter a default against the Defendant and for such other and further relief as this Court deems necessary and just.

    PLAINTIFF FOUNDATION CAPITAL RESOURCES, INC.

By    /s/ Kristin B. Mayhew
    Kristin B. Mayhew (ct20896)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    30 Jelliff Lane
    Southport, CT  06890-1436
    Tel.    (203) 319-4000
    Fax    (203) 259-0251
    Email: kmayhew@mdmc-law.com

## **CERTIFICATE OF SERVICE**

This is to certify that on February 24, 2017, a copy of the foregoing was filed electronically and served by mail on the parties identified below.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of this filing has been mailed via certified U.S. mail, return receipt requested to:

Prayer Tabernacle Church of Love, Inc.
Attention: Pastor Kenneth H. Moales, Jr.
729 Union Avenue
Bridgeport, CT  06607

>                    */s/ Kristin B. Mayhew*
>            Kristin B. Mayhew

KBM/33616/6/1424983v1
02/24/17-HRT/BD