# UNITED STATES DISTRICT COURT
for the
District of Connecticut

Foundation Capital Resources
_Plaintiff_

v.

Prayer Tabernacle Church of Love
_Defendant_

Case No. 3:17-CV-00135-JAM

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Prayer Tabernacle Church of Love

Date:

_Attorney's signature_

Dennis Bradley 431717
_Printed name and bar number_

853 Fairfield Ave Bridgeport, CT
_Address_

dennis@bdklawgroup.com
_E-mail address_

203-212-3617
_Telephone number_

203-690-1210
_FAX number_

_Rev. 5/4/2011_

## CERTIFICATE OF SERVICE

I hereby certify that on *March 25, 2017*, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Attorney's signature