UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FOUNDATION CAPITAL RESOURCES, INC.,** | : | |
| Plaintiff, | : | Civil Action No. 3:17-cv-0135(JAM) |
| v. | : | |
| **PRAYER TABERNACLE CHURCH OF LOVE, INC.,** , | : | |
| Defendants. | : | April 10, 2017 |

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PRAYER TABERNACLE CHURCH OF LOVE, INC.

The Plaintiff Foundation Capital Resources, Inc. (the "Plaintiff"), respectfully moves for the entry of default against the Defendant Prayer Tabernacle Church of Love, Inc. ("Defendant" or "Prayer Tabernacle"), pursuant to Federal Rule of Civil Procedure 55(a).

On January 30, 2017, the Plaintiff commenced this action by way of summons and complaint [ECF No. 1]. On February 1, 2017, proper service was made upon Prayer Tabernacle [ECF No. 10]. Pursuant to the Summons, Prayer Tabernacle was required to file an answer or otherwise plead on or before February 22, 2017 [ECF No. 8].

On March 30, 2017, an Oral Motion for Extension of Time to Respond was granted by the Court and Prayer Tabernacle was given until April 7, 2017 to answer or otherwise plead.

Insofar as the Defendant has not filed an answer to the Complaint, the Defendant is now in default. Accordingly, Plaintiff Foundation Capital Resources, Inc. respectfully

requests that the Court enter a default under Rule 55(a) for "failure to plead or otherwise defend."

WHEREFORE, in light of the foregoing, the Plaintiff respectfully asks that the Court enter a default against the Defendant and for such other and further relief as this Court deems necessary and just.

>PLAINTIFF FOUNDATION CAPITAL RESOURCES, INC.
>
>By   /s/ Kristin B. Mayhew
>Kristin B. Mayhew (ct20896)
>McElroy, Deutsch, Mulvaney & Carpenter, LLP
>30 Jelliff Lane
>Southport, CT  06890-1436
>Tel.    (203) 319-4000
>Fax    (203) 259-0251
>Email: kmayhew@mdmc-law.com

## CERTIFICATE OF SERVICE

     I, Kristin B. Mayhew, hereby certify that a copy of the foregoing Motion For Entry Of Default Against Defendant Prayer Tabernacle Church Of Love, Inc. was filed electronically with the Court on April 10, 2017.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

                                             */s/ Kristin B. Mayhew*
                                             Kristin B. Mayhew

KBM/33616/6/1431865v1
04/10/17-HRT/BD