## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

———————————————————————— :
                                          :
**FOUNDATION CAPITAL RESOURCES,**         :
**INC.,**                                 :
                                          :
          **Plaintiff,**                  :     **Civil Action No. 3:17-cv-0135(JAM)**
                                          :
             **v.**                       :
                                          :
**PRAYER TABERNACLE CHURCH OF**           :
**LOVE, INC.**                            :
                                          :
          **Defendant.**                  :     **May 15, 2017**
———————————————————————— :

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND
### ENTRY OF ORDER OF STRICT FORECLOSURE PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Plaintiff respectfully moves

for a default judgment against the Defendant Prayer Tabernacle Church of Love, Inc. ("Prayer

Tabernacle"), upon the entry of its default for failure to plead, and for an order of strict

foreclosure requiring the Defendant to deliver up possession of the properties subject to

Plaintiff's mortgage to the Plaintiff in the event that there is no redemption by the law day.  In

support of its motion, Plaintiff states the following:

1.      On January 30, 2017, the Plaintiff commenced this action by way of summons

and complaint [ECF No. 1].  On February 1, 2017, proper service was made upon Prayer

Tabernacle [ECF No. 10].  Pursuant to the Summons, Prayer Tabernacle was required to file

an answer or otherwise plead on or before February 22, 2017 [ECF No. 8].

2.      On March 30, 2017, an Oral Motion for Extension of Time to Respond was granted by the Court and Prayer Tabernacle was given until April 7, 2017 to answer or otherwise plead.

3.      Defendant failed to answer or otherwise plead within the appropriate time, and on April 10, 2017, Plaintiff filed a Motion for Default [ECF 26].

4.      By order dated April 27, 2017, this Court granted Plaintiff's Motion for Default and entered a default against Prayer Tabernacle pursuant to Federal Rule of Civil Procedure 55(a) [ECF 27].

5.      As a result of the entry of default against Defendant, Plaintiff now seeks a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and the entry of an order of strict foreclosure.  In support of its request for the entry of an order of judgment of strict foreclosure, Plaintiff has filed simultaneously herewith its Affidavit of Debt, Affidavit of Appraiser, Affidavit of Attorneys' Fees, and a Foreclosure Worksheet in accordance with Connecticut State Law.

6.      In accordance with Section 23-17 of the Connecticut Rules of Court, the Plaintiff asks the Court to establish a law day for Defendant Prayer Tabernacle.

7.      If the foregoing Defendant does not redeem on its law day, then title shall vest in the Plaintiff Foundation Capital Resources, Inc.

WHEREFORE, Plaintiff Foundation Capital Resources, Inc. moves for the entry of a default judgment against Defendant Prayer Tabernacle including the entry of a judgment of strict foreclosure, together with such other and further relief as the Court deems just and proper.

PLAINTIFF FOUNDATION CAPITAL RESOURCES, INC.

By _____/s/ Kristin B. Mayhew_____
Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.     (203) 319-4000
Fax     (203) 259-0251
Email: kmayhew@mdmc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on May 15, 2017, a copy of the foregoing was filed electronically and served by mail on the parties identified below.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____
        */s/ Kristin B. Mayhew*
Kristin B. Mayhew