**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Foundation Capital Resources, Inc.<br><br>Plaintiff,<br><br>-v-<br><br>Prayer Tabernacle Church of Love, Inc.<br><br>Defendant. | DOCKET NO: 3:17-CV-00135-JAM<br><br><br><br>MAY 17-2017 |

## MOTION FOR ENLARMENT OF TIME TO FILE APPROPRIATE PLEADING

Pursuant to Local Rules of Civil Procedure 7(b)(2) and local rule, the Defendant moves this Court for a 30 day extension of time up an including 06/16/2017 during which time to plead appropriately. In support of this motion the Defendant through undersigned counsel states that good cause exists for the following reasons:

Due to unforeseen complications, current counsel, Attorney Dennis Bradley represented to attorney Andre Cayo that he was unable to get a hold of previous counsel (Attorney Crumbie) who represented the Defendant in the State court for the same matter which is being re-litigated in this court. See exhibit A (State case docket entries).

Additionally, Attorney Dennis Bradley represented to counsel that he was unable to access his ECF account and had difficulties logging into the system to file papers.

New counsel has just been retained by Attorney Dennis Bradley to assist in this complicated litigation. Last week, on 05/11/2017 for two and one half (2.5) hours, Attorney Andre Cayo met with the Defendant. During that meeting, counsel explained the urgency of filing ap-

propriate pleading immediately; even if he was not retained; However, the Defendant was unable to secure the funds necessary to fund the litigation until 05/15/2017. At this point in time, a retainer agreement between counsel and the Defendant has not even been executed but counsel files this motion due to the urgency of this matter.

New lead counsel would like to file a motion to dismiss and a motion to transfer the case to State court as there was a previous action between the parties regarding the exact allegations a few months ago where the parties to withdraw the action with right to re-file; however, the Defendant was under the Impression that the matter had to be filed in the same State Court. Counsel has not had an opportunity to review the state court docket and papers, the evidence in possession of the Defendant and the discovery in possession of prior counsel "Attorney Crumbie" in the State case.

Counsel takes Federal Rules of Civil Procedure 11 very seriously and cannot in good faith file appropriate papers on behalf of the Defendant without a thorough review of the documents in possession of the Defendant and prior counsel and in the State case given that the retainer agreement is still being drafted.

Additionally, counsel states as follows:

1. Counsel has contacted opposing counsel regarding his position on the motion for enlargement of time and she does not consent.
2. This is the second (2nd) such motion filed by the Defendant; however, the first motion was an oral motion filed by previously retained attorney Dennis Bradley who is remaining in the case to assist attorney Andre Cayo.

WHEREFORE, the Defendant move this Honorable Court to grant this motion.

THE DEFENDANT.

/s/   Andre Cayo (ct29012)
Andre Cayo, Esq. (Ct29012)
Law Offices of Cayo & Associates, LLC
84 W. Park Place, 3rd Floor
Stamford, CT 06901
203-517-0416  Phone
203-517-0418 Fax
Cayolaw@gmail.com

**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Foundation Capital Resources, Inc.<br><br>Plaintiff,<br><br>-v-<br><br>Prayer Tabernacle Church of Love, Inc.<br><br>Defendants. | DOCKET NO: 3:17-CV-00135-JAM<br><br><br><br>MAY 17-2017 |

## PROPOSED ORDER

Having considered the above Motion for Enlargement of Time to file appropriate pleadings, and the entire record herein, it is this _____ day of _____, 2017, hereby:

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the Defendant shall file appropriate pleadings by no later than June 16, 2017.

SO ORDERED.

_____
United States District Judge

## CERTIFICATION

This is to certify that on this date hereof, a copy of the foregoing was electronically filed on 05/18,/2017 and served on anyone unable to accept the electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic system or by mail to:

McElroy, Deutsch, Mulvaney & Carpenter, LLP-Southport
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4022
Fax: 203-259-0251
Email: kmayhew@mdmc-law.com

Bradley Law Group, LLC
853 Fairfield Ave.
Bridgeport, CT 06605
203-212-3617
Fax: 203-690-1210
Email: dennis@bdklawgroup.com


  /s/ Andre Cayo (ct29012)
Andre Cayo, Esq.



EXHIBIT A



### State of Connecticut Judicial Branch
### Civil and Family E-Services

| | | |
|---|---|---|
| E-Services Home | Attorney/Firm: ANDRE CAYO (431355) | E-Mail: cayolaw@gmail.com   Logout |
| E-Services Inbox (182) | FBT-CV13-6036501-S   FOUNDATION CAPITAL RESOURCES, INC. v. PRAYER TABERNACLE CHURCH OF LOVE, INC. Et Al | |
| | Prefix/Suffix: [none]   Case Type: P00   File Date: 07/10/2013   Return Date: 07/23/2013 | |
| Civil / Family / Housing Menu | Case Detail | Notices | History | Processing ▶ | Scheduled Court Dates   Help Manual | |

E-File a New Case — Pending Foreclosure Sales — To receive an email when there is activity on this case, click here.

E-File on an Existing Case
- By Docket Number
- By Party Name
- List My Cases

The logged in Juris Number is not appearing on this case. Select "Go" to e-file an appearance.

Select Case Activity: [E-File an Appearance ▼] [Go]

Information updated as of: 05/18/2017

**Court Events**
- By Date
- By Juris Number
- By Docket Number

### Case Information
- Case Type: P00 - Property - Foreclosure
- Court Location: Bridgeport JD
- Property Address: 729 Union Avenue, Bridgeport, CT 06607
- List Type: No List Type
- Trial List Claim:
- Last Action Date: 11/21/2016  (The "last action date" is the date the information was entered in the system)

**Short Calendars**
- Markings Entry
- Markings History
- My Short Calendars
- By Court Location
- Calendar Notices

### Disposition Information
- Disposition Date: 11/21/2016
- Disposition: WITHDRAWAL OF ACTION AS TO REMAINING DEFENDANTS
- Judge or Magistrate:

My Shopping Cart (0)
My E-Filed Items

Pending Foreclosure Sales

Search By Property Address

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| P-01 | FOUNDATION CAPITAL RESOURCES, INC. | | Plaintiff |
| | Attorney: MCELROY DEUTSCH MULVANEY & CARPENTER/PH (412157)   File Date: 07/10/2013<br>30 JELLIFF LANE<br>SOUTHPORT, CT 06490 | | |
| D-01 | PRAYER TABERNACLE CHURCH OF LOVE, INC. | | Defendant |
| | Attorney: CRUMBIE LAW GROUP (428371)   File Date: 07/31/2013<br>100 PEARL STREET<br>12TH FLOOR<br>HARTFORD, CT 06103 | | |
| D-02 | F. MARTONE CONSTRUCTION, INC.<br>Non-Appearing | | Defendant |
| D-03 | THE CONTRACTING GROUP, LLC<br>Non-Appearing | | Defendant |
| D-04 | SILKTOWN ROOFING, INCORPORATED<br>REMOVED | | Defendant |
| D-05 | L&W SUPPLY CORPORATION<br>Non-Appearing | | Defendant |
| D-06 | RAY WEINER, LLC | | Defendant |
| | Attorney: SHEPRO & HAWKINS LLC (417941)   File Date: 07/23/2013<br>2103 MAIN STREET<br>STRATFORD, CT 06615 | | |
| D-07 | ENVIRONMENTAL ENGINEERING, INC.<br>REMOVED | | Defendant |
| D-08 | FOUNDATION CAPITAL RESOURCES, INC.<br>Non-Appearing | | Defendant |
| D-09 | HOP ENERGY, LLC | | Defendant |
| | Attorney: REVELEY WILLIAM G. & ASSOCIATES LLC (423840)   File Date: 07/12/2013<br>P.O. BOX 657<br>VERNON, CT 06066 | | |
| D-10 | FDIC AS RECEIVER FOR THE COMMUNITY'S BANK | | Defendant - Substituted |
| | Attorney: COHEN & WOLF PC (010032)   File Date: 07/26/2013<br>PO BOX 1821<br>BRIDGEPORT, CT 06601 | | |
| D-11 | COMMISSIONER OF REVENUE SERVICES, STATE OF CONNECTICUT DEPARTMENT OF REVENUE | | Defendant |

SERVICES
Non-Appearing

Viewing Documents on Civil (including Housing) Cases: A logged-in appearing self-represented party with electronic access to the case and a logged-in appearing attorney can view pleadings, orders and other documents that are *paperless* by selecting the document link below. Any attorney or self-represented party *without* an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are *not paperless* can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Any documents protected by law or by court order that are not open to the public cannot be viewed online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 07/10/2013 | P | SUMMONS | |
| | 07/10/2013 | P | COMPLAINT | |
| | 07/10/2013 | P | RETURN OF SERVICE | |
| | 07/10/2013 | P | ADDITIONAL PARTIES PAGE | |
| | 07/12/2013 | D | APPEARANCE<br>Appearance | |
| | 07/23/2013 | D | APPEARANCE<br>Appearance | |
| | 07/26/2013 | D | APPEARANCE<br>Appearance | |
| | 07/31/2013 | D | APPEARANCE<br>Appearance | |
| | 07/22/2014 | | CLAIM/RECLAIM<br>Claim/Reclaim | |
| | 10/30/2014 | | CLAIM/RECLAIM<br>Claim/Reclaim | |
| | 03/24/2016 | | CLAIM/RECLAIM<br>Claim/Reclaim | |
| | 04/15/2016 | | CLAIM/RECLAIM<br>Claim/Reclaim | |
| | 08/12/2016 | | CLAIM/RECLAIM<br>Claim/Reclaim | |
| | 08/23/2016 | | CLAIM/RECLAIM<br>Claim/Reclaim | |
| 101.00 | 07/10/2013 | P | LIS PENDENS | No |
| 102.00 | 07/10/2013 | P | SUPPLEMENTAL RETURN<br>For Lis Pendens | No |
| 103.00 | 07/10/2013 | P | SUPPLEMENTAL RETURN<br>For Service on Prayer Tabernacle Church of Love, Inc. | No |
| 104.00 | 07/10/2013 | P | FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT) | No |
| 105.00 | 07/10/2013 | C | FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT) | No |
| 106.00 | 07/11/2013 | C | FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109 | No |
| 107.00 | 07/12/2013 | P | WITHDRAWAL OF ACTION AGAINST PARTICULAR DEFENDANT(S) – CASE REMAINS PENDING | No |
| 108.00 | 07/16/2013 | P | AMENDED COMPLAINT AS SERVED | No |
| 109.00 | 07/18/2013 | P | NOTICE<br>Plt's Notice Of Filing Exhibits | No |
| 110.00 | 07/24/2013 | P | NOTICE<br>Plt's Notice of Service of Exhibits on Deft, Ray Weiner, LLC | No |
| 111.00 | 07/26/2013 | P | NOTICE<br>Plt's Notice of Service of Exhibits on Deft The Community's Bank | No |
| 112.00 | 07/29/2013 | D | ELECTRONIC SERVICE NOTICE JD-ES-286 | No |
| 113.00 | 07/31/2013 | D | FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108<br>*RESULT:* Order 8/1/2013 BY THE CLERK | No |
| 113.10 | 08/01/2013 | C | ORDER<br>MEDIATION SCHEDULED<br>*RESULT:* Order 8/1/2013 BY THE CLERK<br>Last Updated: Additional Description - 08/01/2013 | No |
| 113.11 | 08/01/2013 | C | ORDER | No |

| | | | | |
|---|---|---|---|---|
| | | | RESULT: Order 8/1/2013 BY THE CLERK | |
| 114.00 | 08/01/2013 | P | NOTICE<br>Plt's Notice of Filing Exhibits on Deft Prayer Tabernacle Church of Love, Inc. | No |
| 115.00 | 08/21/2013 | P | MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20 | No |
| 115.10 | 09/16/2013 | C | ORDER<br>NOTICE - D-02 ; D-03; D-05; D-11<br>RESULT: Granted 9/16/2013 BY THE CLERK | No |
| 116.00 | 09/03/2013 | P | MOTION FOR CONTINUANCE<br>RESULT: Granted 9/4/2013 HON THEODORE TYMA | No |
| 116.10 | 09/04/2013 | C | ORDER<br>RESULT: Granted 9/4/2013 HON THEODORE TYMA | No |
| 117.00 | 09/20/2013 | P | FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96<br>RESULT: Granted 9/23/2013 HON THEODORE TYMA | No |
| 117.10 | 09/23/2013 | C | ORDER<br>RESULT: Granted 9/23/2013 HON THEODORE TYMA | No |
| 118.00 | 10/25/2013 | D | MOTION TO SUBSTITUTE PARTY<br>FDIC AS RECEIVER FOR THE COMMUNITY'S BANK (WITH MEMO OF LAW)<br>RESULT: Granted 11/12/2013 HON RICHARD GILARDI | No |
| 118.10 | 11/12/2013 | C | ORDER<br>RESULT: Granted 11/12/2013 HON RICHARD GILARDI | No |
| 119.00 | 11/07/2013 | C | FORECLOSURE MEDIATOR'S REPORT | No |
| 120.00 | 12/19/2013 | C | FORECLOSURE MEDIATOR'S REPORT | No |
| 121.00 | 02/25/2014 | D | MOTION FOR CONTINUANCE<br>RESULT: Granted 2/27/2014 HON THEODORE TYMA | No |
| 121.10 | 02/27/2014 | C | ORDER<br>RESULT: Granted 2/27/2014 HON THEODORE TYMA | No |
| 122.00 | 03/25/2014 | C | FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED | No |
| 123.00 | 04/16/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Granted 5/8/2014 BY THE CLERK | No |
| 123.10 | 05/08/2014 | C | ORDER<br>Granted as to D-01<br>RESULT: Granted 5/8/2014 BY THE CLERK | No |
| 124.00 | 05/09/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>Motion For Default For Failure To Plead<br>RESULT: Order 5/29/2014 BY THE CLERK | No |
| 124.10 | 05/29/2014 | C | ORDER<br>DEN as to D-06 and D-10; GRAN as to D-09<br>RESULT: Order 5/29/2014 BY THE CLERK | No |
| 125.00 | 05/09/2014 | D | ANSWER AND SPECIAL DEFENSE AND COUNTERCLAIM | No |
| 126.00 | 05/20/2014 | P | REQUEST TO REVISE<br>Defendant Prayer Tabernacle Church of Love, Inc.'s Special Defenses and Counterclaims | No |
| 127.00 | 06/03/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Order 6/18/2014 BY THE CLERK | No |
| 127.10 | 06/18/2014 | C | ORDER<br>Order re. Mtn. 127<br>RESULT: Order 6/18/2014 BY THE CLERK | No |
| 128.00 | 06/24/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Granted 7/10/2014 BY THE CLERK | No |
| 128.10 | 07/10/2014 | C | ORDER<br>Granted as to D-11<br>RESULT: Granted 7/10/2014 BY THE CLERK | No |
| 129.00 | 06/24/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>CORRECTED Motion For Default [replacing motion #128] | No |
| 130.00 | 06/26/2014 | D | OBJECTION TO REQUEST TO REVISE<br>Objections/Responses to Requests to Revise<br>RESULT: Sustained 8/12/2014 HON THEODORE TYMA | No |
| 130.50 | 08/12/2014 | C | ORDER<br>RESULT: Sustained 8/12/2014 HON THEODORE TYMA | No |
| 131.00 | 08/27/2014 | P | MOTION TO STRIKE<br>Defendant's Special Defenses and Counterclaims<br>RESULT: Order 3/17/2015 HON ALFRED JENNINGS | Yes |
| 131.50 | 03/17/2015 | C | ORDER<br>RESULT: Order 3/17/2015 HON ALFRED JENNINGS | No |
| 131.70 | 04/01/2015 | C | ORDER<br>RESULT: Order 4/1/2015 HON ALFRED JENNINGS | No |

| # | Date | Party | Description | |
|---|---|---|---|---|
| 132.00 | 08/27/2014 | P | MEMORANDUM IN SUPPORT OF MOTION<br>by Plaintiff to Strike Defendant's Special Defenses and Counterclaims | No |
| 133.00 | 08/28/2014 | P | MEMORANDUM IN SUPPORT OF MOTION<br>SUPPLEMENTAL Memorandum in Support to Motion To Strike [#131] | No |
| 134.00 | 09/02/2014 | D | REQUEST<br>REQUEST TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE | No |
| 135.00 | 09/24/2014 | D | MOTION FOR EXTENSION OF TIME<br>MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE | No |
| 136.00 | 10/10/2014 | D | OBJECTION TO MOTION<br>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE | No |
| 137.00 | 11/14/2014 | P | REPLY<br>to Defendant's Objection to Plaintiff's Motion to Strike Dated October 10, 2014 | No |
| 138.00 | 03/20/2015 | P | NOTICE OF SERVICE OF REQUEST FOR ADMISSION PB 13-22<br>Plt's Notice of Service of Request To Admit to Defendant Prayer Tabernacle Church of Love | No |
| 139.00 | 03/31/2015 | D | MOTION FOR EXTENSION OF TIME<br>Motion for Extension of time to file repleaded special defenses and counterclaims<br>RESULT: Granted 4/20/2015 HON ALFRED JENNINGS | No |
| 139.10 | 04/20/2015 | C | ORDER<br>RESULT: Granted 4/20/2015 HON ALFRED JENNINGS | No |
| 140.00 | 04/10/2015 | P | MOTION FOR EXTENSION OF TIME<br>Plaintiff's Motion to Extend Time to Reply to Defendant's Special Defenses<br>RESULT: Granted 4/27/2015 HON ALFRED JENNINGS | No |
| 140.10 | 04/27/2015 | C | ORDER<br>RESULT: Granted 4/27/2015 HON ALFRED JENNINGS | No |
| 141.00 | 04/13/2015 | D | MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13<br>Extension of time to respond to Interrogatories, Requests for Production, and Requests to admit<br>RESULT: Granted 5/4/2015 HON ALFRED JENNINGS | No |
| 141.50 | 05/04/2015 | C | ORDER<br>RESULT: Granted 5/4/2015 HON ALFRED JENNINGS | No |
| 142.00 | 05/01/2015 | D | SPECIAL DEFENSE<br>Repleaded Special Defenses and Counterclaim | No |
| 143.00 | 05/21/2015 | D | MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13<br>Defendant's 2nd Req for Extension of time to respond to discovery requests<br>RESULT: Order 6/8/2015 HON RICHARD GILARDI | No |
| 143.10 | 06/08/2015 | C | ORDER<br>RESULT: Order 6/8/2015 HON RICHARD GILARDI | No |
| 144.00 | 05/22/2015 | P | OBJECTION TO REQUEST TO EXTEND TIME TO RESPOND TO INTERROGATORIES/PROD-PB 13-7(a)(2)/13-10(a)(2) | No |
| 145.00 | 06/01/2015 | P | REPLY TO SPECIAL DEFENSE AND ANSWER TO COUNTERCLAIM<br>Plaintiffs' Reply to Special Defenses and Answer to Counterclaim | No |
| 146.00 | 06/19/2015 | D | OBJECTION TO MOTION OR REQUEST FOR DISCOVERY PB CH13<br>re: Interrogatories | No |
| 147.00 | 06/19/2015 | D | OBJECTION TO MOTION OR REQUEST FOR DISCOVERY PB CH13<br>re: Requests for Production | No |
| 148.00 | 12/23/2015 | P | MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13<br>Plt's Motion For Extension of Time to Respond to Discovery Propounded by Defendant Prayer Tab<br>RESULT: Granted 1/11/2016 HON ALFRED JENNINGS | No |
| 148.10 | 01/11/2016 | C | ORDER<br>RESULT: Granted 1/11/2016 HON ALFRED JENNINGS | No |
| 149.00 | 02/24/2016 | D | AMENDED SPECIAL DEFENSE<br>and Counterclaims | No |
| 150.00 | 03/01/2016 | P | MOTION RE DEPOSITION<br>Motion to Compel Deposition | No |
| 151.00 | 03/01/2016 | P | REQUEST FOR ADJUDICATION OF DISCOVERY OR DEPOSITION DISPUTE (JD-CV-119) | No |
| 152.00 | 03/01/2016 | P | CASEFLOW REQUEST (JD-CV-116) | No |
| 152.50 | 03/04/2016 | C | ORDER<br>RESULT: Denied 3/4/2016 HON ALFRED JENNINGS | No |
| 153.00 | 03/03/2016 | D | OBJECTION TO REQUEST<br>Objection to Caseflow Request (Doc. #152.00) | No |
| 154.00 | 03/04/2016 | D | OBJECTION TO MOTION<br>Objection to Motion to Compel | No |
| 155.00 | 03/10/2016 | P | OBJECTION TO MOTION<br>Objection to Defendant's Motion for Leave to Amend Special Defense and Counterclaims<br>RESULT: Off 5/2/2016 HON ALFRED JENNINGS | No |

| # | Date | Party | Description | Yes/No |
|---|---|---|---|---|
| 155.01 | 05/02/2016 | C | ORDER<br>RESULT: Off 5/2/2016 HON ALFRED JENNINGS | No |
| 156.00 | 03/17/2016 | P | REPLY<br>Plaintiff's Reply to Defendant's Objection to Motion to Compel Deposition | No |
| 157.00 | 04/14/2016 | D | REPLY MEMORANDUM<br>to Plaintiff's Objection to Motion to Amend Special Defenses and Counterclaims | No |
| 158.00 | 04/26/2016 | P | REQUEST FOR ARGUMENT - NON-ARG MATTER (JD-CV-128) | No |
| 159.00 | 05/02/2016 | P | CASEFLOW REQUEST (JD-CV-116)<br>RESULT: Denied 5/2/2016 HON BARBARA BELLIS | No |
| 159.10 | 05/02/2016 | C | ORDER<br>RESULT: Denied 5/2/2016 HON BARBARA BELLIS | No |
| 160.00 | 05/16/2016 | D | MOTION FOR PROTECTIVE ORDER PB 13-5<br>re Deposition of Pastor Moales<br>RESULT: Order 5/31/2016 HON MICHAEL KAMP | No |
| 160.10 | 05/31/2016 | C | ORDER<br>Order<br>RESULT: Order 5/31/2016 HON MICHAEL KAMP | No |
| 161.00 | 05/20/2016 | P | OBJECTION TO MOTION<br>Plaintiff's Objection to Defendant's Motion For Protective Order<br>RESULT: Order 5/31/2016 HON MICHAEL KAMP | No |
| 161.10 | 05/31/2016 | C | ORDER<br>See 160.10<br>RESULT: Order 5/31/2016 HON MICHAEL KAMP | No |
| 162.00 | 05/20/2016 | P | MOTION RE DEPOSITION<br>Plt's Second Motion To Compel Deposition<br>RESULT: Order 5/31/2016 HON MICHAEL KAMP | No |
| 162.10 | 05/31/2016 | C | ORDER<br>See Entry 160.10<br>RESULT: Order 5/31/2016 HON MICHAEL KAMP | No |
| 163.00 | 05/31/2016 | C | ORDER<br>RESULT: Order 5/31/2016 HON BARBARA BELLIS | No |
| 164.00 | 06/02/2016 | P | SCHEDULING ORDER<br>RESULT: Order 6/10/2016 HON BARBARA BELLIS | No |
| 164.10 | 06/10/2016 | C | ORDER<br>RESULT: Order 6/10/2016 HON BARBARA BELLIS | No |
| 165.00 | 06/07/2016 | D | AMENDED SPECIAL DEFENSE<br>and Counterclaims | No |
| 166.00 | 06/20/2016 | P | MOTION TO STRIKE<br>Defendant's Third Special Defenses and Counterclaims | Yes |
| 166.10 | 09/29/2016 | C | MEMORANDUM OF DECISION<br>Re the Plaintiff's Motion to Strike (No. 166)<br>RESULT: Order 9/29/2016 HON WILLIAM WENZEL<br>Last Updated: Additional Description - 09/30/2016 | No |
| 167.00 | 06/20/2016 | P | MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE PB 10-40<br>Memorandum of Law in Support of its Motion to Strike Defendant's 3rd Special Defenses & Counterclaim | No |
| 168.00 | 06/21/2016 | P | MEMORANDUM IN SUPPORT OF MOTION<br>Memorandum of Law in Support of its Motion to Strike Defendant's 3rd Special Defenses & Counterclaim | No |
| 169.00 | 06/30/2016 | P | CASEFLOW REQUEST (JD-CV-116) | No |
| 170.00 | 07/05/2016 | D | MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE PB 10-40 | No |
| 171.00 | 07/15/2016 | P | DISCLOSURE OF EXPERT WITNESS | No |
| 172.00 | 07/25/2016 | P | MOTION FOR APPOINTMENT OF PERMANENT RECEIVER<br>Plt's Motion For Appointment of Receiver of Rents with attachments | Yes |
| 173.00 | 07/27/2016 | D | MOTION FOR EXTENSION OF TIME<br>To Respond To Plt's Motion for Appointment of Receiver of Rents (Entry No. 172.00)<br>RESULT: Granted 8/15/2016 HON RICHARD GILARDI | No |
| 173.10 | 08/15/2016 | C | ORDER<br>RESULT: Granted 8/15/2016 HON RICHARD GILARDI | No |
| 174.00 | 08/18/2016 | P | REQUEST TO AMEND COMPLAINT/AMENDMENT<br>Plt's Request For Leave To Amend Complaint, Second Amended Foreclosure Complaint with Exhs A-J | No |
| 175.00 | 09/08/2016 | P | COMPLAINT<br>Second Amended Foreclosure Complaint | No |
| 176.00 | 09/09/2016 | D | OBJECTION TO MOTION<br>for appointment of receiver of rents | No |
| 177.00 | 09/12/2016 | P | REPLY | No |

| | | | | |
|---|---|---|---|---|
| | | | Reply to Defendant's Objection to Plaintiff's Motion for the Appointment of a Receiver of Rents | |
| 178.00 | 09/15/2016 | P | MOTION FOR CONTINUANCE<br>Motion For Continuance of Trial<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |
| 178.10 | 09/16/2016 | C | ORDER<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |
| 179.00 | 09/16/2016 | P | CASEFLOW REQUEST (JD-CV-116)<br>For clarification of Order (docket no. 178.10)<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |
| 179.10 | 09/16/2016 | C | ORDER<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |
| 180.00 | 09/20/2016 | P | MOTION TO REARGUE/RECONSIDER<br>Motion to Reargue Order Denying Motion for Continuance of Trial<br>*RESULT:* Order 9/23/2016 HON BARBARA BELLIS | No |
| 180.10 | 09/23/2016 | C | ORDER<br>*RESULT:* Order 9/23/2016 HON BARBARA BELLIS | No |
| 181.00 | 09/23/2016 | D | MOTION FOR CONTINUANCE<br>of Trial<br>*RESULT:* Order 9/23/2016 HON BARBARA BELLIS | No |
| 181.10 | 09/23/2016 | C | ORDER<br>*RESULT:* Order 9/23/2016 HON BARBARA BELLIS | No |
| 182.00 | 09/23/2016 | D | MEMORANDUM IN SUPPORT OF MOTION<br>of Motion for Continuance (Doc. 181) and Pltf Motion for Reconsideration | No |
| 183.00 | 09/26/2016 | D | ANSWER AND SPECIAL DEFENSE AND COUNTERCLAIM<br>to Pltf Second Amended Foreclosure Complaint (Doc. 175). | No |
| 184.00 | 09/29/2016 | P | MOTION FOR CONTINUANCE<br>of Trial<br>*RESULT:* Granted 9/29/2016 HON BARBARA BELLIS | No |
| 184.10 | 09/29/2016 | C | ORDER<br>*RESULT:* Granted 9/29/2016 HON BARBARA BELLIS | No |
| 185.00 | 09/29/2016 | P | MEMORANDUM IN SUPPORT OF MOTION<br>Memorandum in Support of Plaintiff's Renewed Motion for Continance of Trial Upon Consent | No |
| 186.00 | 10/04/2016 | P | COMPLEX LITIGATION APPLICATION (JD-CV-39)<br>*RESULT:* Denied 10/21/2016 HON WILLIAM BRIGHT | No |
| 186.10 | 10/21/2016 | C | ORDER<br>*RESULT:* Denied 10/21/2016 HON WILLIAM BRIGHT | No |
| 187.00 | 10/11/2016 | P | REPLY TO SPECIAL DEFENSE AND ANSWER TO COUNTERCLAIM<br>Plaintiff's Reply to Defendant's Special Defenses & Answer to Counterclaim dated September 23, 2016 | No |
| 188.00 | 10/27/2016 | D | MOTION TO STRIKE<br>Plaintiff's Special Defenses to Counterclaims (Doc. 183). | Yes |
| 189.00 | 10/27/2016 | D | MEMORANDUM IN SUPPORT OF MOTION<br>to Strike Pltf Special Defenses to Counterclaims | No |
| 190.00 | 10/28/2016 | P | CASEFLOW REQUEST (JD-CV-116) | No |
| 191.00 | 11/07/2016 | P | CASEFLOW REQUEST (JD-CV-116) | No |
| 192.00 | 11/08/2016 | D | CLAIM FOR JURY OF 6<br>on issues so triable. | No |
| 193.00 | 11/09/2016 | P | OBJECTION<br>Objection to Defendant's Claim for Jury Trial<br>*RESULT:* Order 11/14/2016 HON DALE RADCLIFFE | No |
| 193.10 | 11/14/2016 | C | ORDER<br>*RESULT:* Order 11/14/2016 HON DALE RADCLIFFE | No |
| 194.00 | 11/09/2016 | P | CASEFLOW REQUEST (JD-CV-116) | No |
| 195.00 | 11/09/2016 | P | OBJECTION TO MOTION<br>Plaintiff's Objection to Defendant's Motion to Strike Plaintiff's Special Defenses to Counterclaims | No |
| 196.00 | 11/14/2016 | D | REPLY MEMORANDUM<br>to Pltf Objection to Jury Claim (Doc 193) | No |
| 197.00 | 11/14/2016 | D | REPLY MEMORANDUM<br>CORRECTED to Pltf Obj to Jury Claim | No |
| 198.00 | 11/14/2016 | D | WITHDRAWAL<br>Doc. 196.00, Def. Reply Memorandum | No |
| 199.00 | 11/14/2016 | D | MOTION FOR CONTINUANCE<br>of Trial | No |
| 200.00 | 11/14/2016 | D | MEMORANDUM IN SUPPORT OF MOTION | No |

| | | | | |
|---|---|---|---|---|
| | | | for continuance of Trial | |
| 201.00 | 11/14/2016 | D | TRIAL MANAGEMENT REPORT | No |
| 202.00 | 11/14/2016 | D | MOTION IN LIMINE<br>regarding variance for 1209-1231 Stratford Ave | No |
| 203.00 | 11/14/2016 | P | OBJECTION TO MOTION<br>Plaintiff's Objection to Defendant's Motion for Continuance of Trial | No |
| 204.00 | 11/14/2016 | P | REPLY<br>Plaintiff's Reply to Defendant's Amended Response to Plaintiff's Objection to Jury Claim | No |
| 205.00 | 11/14/2016 | P | MOTION IN LIMINE<br>Plaintiff's Motion in Limine | No |
| 206.00 | 11/14/2016 | P | TRIAL MANAGEMENT REPORT<br>Plaintiff's Trial Management Report | No |
| 207.00 | 11/14/2016 | P | CERTIFICATION OF SERVICE<br>Plaintiff's Trial Management Report | No |
| 208.00 | 11/21/2016 | P | WITHDRAWAL<br>Withdrawal of Complaint without Prejudice | No |
| 209.00 | 11/21/2016 | D | WITHDRAWAL OF COUNTERCLAIM<br>without Prejudice (Doc. 183.00), Subject to Tolling Agreement | No |
| 210.00 | 11/21/2016 | P | WITHDRAWAL OF ACTION AS TO REMAINING DEFENDANTS | No |

| Scheduled Court Dates as of 05/17/2017 |||||
|---|---|---|---|---|
| FBT-CV13-6036501-S - FOUNDATION CAPITAL RESOURCES, INC. v. PRAYER TABERNACLE CHURCH OF LOVE, INC. Et Al |||||
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the Notices tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2017, State of Connecticut Judicial Branch