UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | |
| **FOUNDATION CAPITAL RESOURCES, INC.,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:17-cv-0135(JAM) |
| | : | |
| v. | : | |
| | : | |
| **PRAYER TABERNACLE CHURCH OF LOVE, INC.** | : | |
| | : | |
| Defendant. | : | June 13, 2017 |
| _____ | : | |

MOTION TO STRIKE DEFENDANT'S ANSWER, SPECIAL DEFENSES
AND COUNTERCLAIMS DATED MAY 25, 2017 AND FOR
ENTRY OF JUDGMENT OF STRICT FORECLOSURE

The Plaintiff, Foundation Capital Resources, Inc. (the "Plaintiff"), respectfully moves to strike the pleading styled "Defendant's Answer, Special Defenses and Counterclaims" dated May 25, 2017 and for entry of judgment of strict foreclosure pursuant to Plaintiff's Motion for Default Judgment dated May 15, 2017 [ECF No. 28].

On January 30, 2017, the Plaintiff commenced this action by way of summons and complaint (the "Complaint") [ECF No. 1]. On February 1, 2017, proper service was made upon Prayer Tabernacle [ECF No. 10]. Pursuant to the Summons, Prayer Tabernacle was required to file an answer or otherwise plead on or before February 22, 2017 [ECF No. 8].

On February 22, 2017, with no attorney having entered an appearance on its behalf, Prayer Tabernacle filed its initial pleading, which it styled as "Defendant's Third Special

1

Defenses and Counterclaims." [ECF No. 11]. Defendant's pleading was signed by the Pastor Kenneth H. Moales, Jr. on behalf of Prayer Tabernacle [ECF No. 11 at p.46].

On February 24, 2017, Plaintiff filed its Motion to Strike Filing and For Entry of Default Against Defendant Prayer Tabernacle Church of Love, Inc. [ECF No. 12].

On March 10, 2017, Plaintiff filed a Motion to Drop the Federal Deposit Insurance Company (the "FDIC") as Receiver for Community's Bank As a Defendant Pursuant to Federal Rule of Civil Procedure 21 (the "Motion to Amend"). [ECF No. 15].

On March 10, 2017, Plaintiff filed a Motion to Appoint a Receiver of Rents (the "Receiver of Rents Motion"). [ECF No. 16].

On March 14, 2017, the Court held a telephonic status conference in this case in which Kenneth Moales, Jr. and the undersigned attended. During the telephonic status conference, Judge Fitzsimmons advised Pastor Moales that the Defendant could not appear *pro se* in these proceedings and the Defendant needed to retain counsel. The Court scheduled a hearing on the Motion to Amend and the Receiver of Rents Motion for March 30, 2017.

Attorney Dennis Bradley appeared at the hearing on March 30, 2017 as counsel for the Defendant and orally requested additional time to respond to the Complaint and the Receiver of Rents Motion. [ECF No. 23].

The Court granted Defendant's oral motion and gave the Defendant until April 7, 2017 to respond to the Complaint and until April 14, 2017 to respond to the Receiver of Rents Motion. The Court also granted Plaintiff's Motion to Strike Defendant's pleading dated February 22, 2017 and granted Plaintiff's Motion to Amend in order to drop the FDIC as a Defendant in the action. [ECF No. 24].

Defendant failed to comply with the Court deadlines and did not file responses to either the Complaint or the Receiver of Rents Motion within the requisite time period.

On April 10, 2017, the Plaintiff filed a Motion for entry of Default against Defendant Prayer Tabernacle Church of Love, Inc. pursuant to Federal Rule of Civil Procedure 55(a) (the "Motion for Default"). [ECF No. 26].

The Court granted the Motion for Default on April 27, 2017 and entered a default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). The Court further ordered the Plaintiff to file a Motion for Default Judgment on or before May 27, 2017. [ECF No. 27].

On May 15, 2017, Plaintiff filed its Motion for Default Judgment and for Entry of Order of Strict Foreclosure Pursuant to Federal Rule of Civil Procedure 55(b)(2) (the "Motion for Default Judgment") and in support thereof filed its Affidavit of Debt, Affidavit of Appraiser, Affidavit of Attorneys' Fees, and a Foreclosure Worksheet in accordance with Connecticut State Law. [ECF Nos. 28-32].

On May 18, 2017, Attorney Andre Cayo, who does not have an appearance in this case, filed a Motion for Enlargement of Time to File Appropriate Pleading (the "Second Motion to Enlarge Time to Plead") on behalf of the Defendant. [ECF No. 33]. Pursuant to the Defendant's Second Motion to Enlarge Time to Plead, Defendant sought an additional 30 days to file a pleading responsive to the Complaint.

On May 19, 2017, Plaintiff filed an Objection to Defendant's Second Motion to Enlarge Time to Plead [ECF No. 34] on the basis that, *inter alia*, the time to file a responsive pleading had already expired and the Court had already entered a default.

On May 24, 2017, the Court denied Defendant's Second Motion to Enlarge Time to Plead. [ECF No. 35].

Notwithstanding the Court's order the day prior denying the Defendant's Second Motion to Enlarge Time to Plead, the Defendant filed its Answer, Special Defenses and Counterclaims ("Answer") on May 25, 2017. [ECF No. 36].

The Defendant's Answer must be stricken as the Court has already granted Plaintiff's Motion for Default and entered a default against the Defendant pursuant to Federal Rule of Civil Procedure 55(a) on April 27, 2017.  Additionally, the Court denied Defendant's Second Motion to Enlarge Time to Plead on May 24, 2017.

As such, the Defendant cannot now file an Answer.  Plaintiff respectfully requests that the Court strike Defendant's Answer and further requests that the Court grant Plaintiff's Motion for Default Judgment dated May 15, 2017 which remains pending before the Court and enter a judgment of strict foreclosure.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Strike Defendant's Answer, Special Defenses and Counterclaims dated May 25, 2017 and for entry of judgment of strict foreclosure and for such other and further relief as is necessary and just.

        PLAINTIFF FOUNDATION CAPITAL RESOURCES, INC.

By     /s/ Kristin B. Mayhew
Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.    (203) 319-4000
Fax    (203) 259-0251
Email: kmayhew@mdmc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on June 13, 2017, a copy of the foregoing was filed electronically and served by mail on the parties identified below.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                   */s/ Kristin B. Mayhew*
                                                   Kristin B. Mayhew

KBM/233616/0006/1442513v1
06/13/17-HRT/BD