**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Foundation Capital Resources, Inc. | DOCKET NO: 3:17-CV-00135-JAM |
| Plaintiff, | |
| -v- | |
| Prayer Tabernacle Church of Love, Inc. | |
| Defendant. | JULY 4-2017 |

## MOTION FOR ENLARMENT OF TIME TO REPLY TO MOTION TO STRIKE AND FILE MOTION TO SET ASIDE DEFAULT

Pursuant to Local Rules of Civil Procedure 7(b)(2) and local rule, the Defendant moves this Court for a 7 days extension of time up to and including 07/11/2017 during which time to plead appropriately.  In support of this motion the Defendant through undersigned counsel represent to the Court that due to the 4th July holiday weekend, he was unable to secure an affidavit from Attorney Dennis Bradley which is necessary to support his objection to the motion to strike and his motion to set aside the default.

Additionally, counsel states as follows:

1. Counsel's intent was to plead without a request for enlargement of time; however, due to the Independence Day holiday, Counsel was not able to contact opposing counsel regarding his/her position on the motion for enlargement of time.
2. This is the first (1st) such motion filed by the Defendant.

Page 1 of 4

WHEREFORE, the Defendant moves this Honorable Court to grant this motion.

        THE DEFENDANT.

        /s/   Andre Cayo (ct29012)
        Andre Cayo, Esq. (Ct29012)
        Law Offices of Cayo & Associates, LLC
        84 W. Park Place, 3rd Floor
        Stamford, CT 06901
        203-517-0416  Phone
        203-517-0418 Fax
        Cayolaw@gmail.com

**United States District Court**
**District of Connecticut**

| |
|---|
| Foundation Capital Resources, Inc. |
| Plaintiff, |
| -v- |
| Prayer Tabernacle Church of Love, Inc. |
| Defendants. |

DOCKET NO: 3:17-CV-00135-JAM

JULY 04-2017

## **PROPOSED ORDER**

Having considered the above Motion for Enlargement of Time to file appropriate pleadings, and the entire record herein, it is this _____day of _____, 2017, hereby:

ORDERED that the motion is GRANTED / DENY;

and it is SO ORDERED.

_____

United States District Judge

## **CERTIFICATION**

This is to certify that on this date hereof, a copy of the foregoing was electronically filed on 07/04,/2017 and served on anyone unable to accept the electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic system or by mail to:

McElroy, Deutsch, Mulvaney & Carpenter, LLP-Southport
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4022
Fax: 203-259-0251
Email: kmayhew@mdmc-law.com

Bradley Law Group, LLC
853 Fairfield Ave.
Bridgeport, CT 06605
203-212-3617
Fax: 203-690-1210
Email: dennis@bdklawgroup.com


  /s/ Andre Cayo (ct29012)
Andre Cayo, Esq.