**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Foundation Capital Resources, Inc. | DOCKET NO: 3:17-CV-00135-JAM |
| Plaintiff, | |
| -v- | |
| Prayer Tabernacle Church of Love, Inc. | |
| Defendant. | JULY 11-2017 |

## MOTION FOR ENLARMENT OF TIME TO REPLY TO MOTION TO STRIKE AND FILE MOTION TO SET ASIDE DEFAULT

    Pursuant to Local Rules of Civil Procedure 7(b)(2) and local rule, the Defendant moves this Court for a 7 days extension of time up to and including 07/18/2017 during which time to plead appropriately.  In support of this motion the Defendant through undersigned counsel represent to the Court that he has been unable to reach attorney Dennis Bradley who was counsel at the time of the default to obtain a declaration or affidavit of facts in support of the motion to set aside the default.  The declaration or affidavit is necessary to support the Defendant's objection to the motion to strike and his motion to set aside the default.

    Counsel has contacted opposing counsel via email and she has replied and indicated that she does not consent.; However, counsel just received a phone call from Attorney Bradley who promises to deliver the declaration or affidavit by the end of day today as he is in Court.

    This is the second (2nd) such motion filed by the Defendant.

WHEREFORE, the Defendant moves this Honorable Court to grant this motion.

                        THE DEFENDANT.

                        /s/   Andre Cayo (ct29012)
                        Andre Cayo, Esq. (Ct29012)
                        Law Offices of Cayo & Associates, LLC
                        84 W. Park Place, 3rd Floor
                        Stamford, CT 06901
                        203-517-0416  Phone
                        203-517-0418 Fax
                        Cayolaw@gmail.com

**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Foundation Capital Resources, Inc.<br><br>Plaintiff,<br><br>-v-<br><br>Prayer Tabernacle Church of Love, Inc.<br><br>Defendants. | DOCKET NO: 3:17-CV-00135-JAM<br><br><br><br>JULY ___-2017 |

## **PROPOSED ORDER**

Having considered the above Motion for Enlargement of Time to file appropriate pleadings, and the entire record herein, it is this _____day of _____, 2017, hereby:

ORDERED that the motion is GRANTED / DENY;

and it is SO ORDERED.

                                               _____
                                               United States District Judge

## **CERTIFICATION**

This is to certify that on this date hereof, a copy of the foregoing was electronically filed and served on anyone unable to accept the electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic system or by mail to:

McElroy, Deutsch, Mulvaney & Carpenter, LLP-Southport
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4022
Fax: 203-259-0251
Email: kmayhew@mdmc-law.com

Bradley Law Group, LLC
853 Fairfield Ave.
Bridgeport, CT 06605
203-212-3617
Fax: 203-690-1210
Email: dennis@bdklawgroup.com


  /s/ Andre Cayo (ct29012)
Andre Cayo, Esq.