UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                          :
FOUNDATION CAPITAL RESOURCES,        :
INC.,                                                   :
                                                          :
       Plaintiff,                        :       Civil Action No. 3:17-cv-0135(JAM)
                                                          :
       v.                                    :
                                                          :
PRAYER TABERNACLE CHURCH OF          :
LOVE, INC.                                         :
                                                          :
       Defendant.                      :       July 12, 2017
_____:

**PLAINTIFF'S OBJECTION TO SECOND MOTION FOR ENLARGEMENT
OF TIME TO REPLY TO MOTION TO STRIKE AND
FILE MOTION TO SET ASIDE DEFAULT**

     Plaintiff Foundation Capital Resources, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby objects to the Second Motion for Enlarment [sic] of Time To Reply to Motion to Strike and File Motion to Set Aside Default (the "Second Motion to Enlarge Time") filed by Defendant Prayer Tabernacle Church of Love, Inc., ("Defendant") on July 11, 2017 [ECF No. 43] for the same reasons set forth in Plaintiff's Objection to Defendant's First Motion to Enlarge Time dated July 6, 2017 [ECF No. 38].  Defendant's continuous attempts to delay the foreclosure of the mortgaged property should not be permitted where the Plaintiff is owed in excess of $12 million and has not received a mortgage payment since 2013.  Plaintiff respectfully requests that the Court put an end to this dilatory conduct.

1

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Second Motion to Enlarge Time and for such other and further relief as the Court deems just and proper.

        PLAINTIFF FOUNDATION CAPITAL RESOURCES, INC.

By     /s/ Kristin B. Mayhew
    Kristin B. Mayhew (ct20896)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    30 Jelliff Lane
    Southport, CT  06890-1436
    Tel.    (203) 319-4000
    Fax    (203) 259-0251
    Email: kmayhew@mdmc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on July 12, 2017, a copy of the foregoing was filed electronically and served by mail on the parties identified below.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Kristin B. Mayhew*
                                                  Kristin B. Mayhew

KBM/234446/0002/1448200v1
07/12/17-HRT/BD