# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

———————————————————————— :
                                :

**FOUNDATION CAPITAL RESOURCES,** :
**INC.,** :
                                :
                **Plaintiff,** : **Civil Action No. 3:17-cv-0135 (JAM)**
                                :
                   **v.** : 
                                :

**PRAYER TABERNACLE CHURCH OF** :
**LOVE, INC.,** :
                                :
              **Defendants.** : **September __19__, 2017**
———————————————————————— :

## JUDGMENT AND ORDER OF
## <u>STRICT FORECLOSURE WITH ORDER OF LAW DAYS</u>

**Foreclosed Properties:**

    a.     1209-1211 Stratford Avenue, Bridgeport, Connecticut (First Tract, First Parcel);

    b.     1221 Stratford Avenue, Bridgeport, Connecticut (First Tract, Second Parcel);

    c.     1231-1243 Stratford Avenue, Bridgeport, Connecticut (First Tract, Third Parcel);

    d.     1259-1263 Stratford Avenue, Bridgeport, Connecticut (Second Tract, First Parcel);

    e.     1273 Stratford Avenue, Bridgeport, Connecticut (Second Tract, Second Parcel);

    f.     852-854 Central Avenue, Bridgeport, Connecticut (Second Tract, Third Parcel);

    g.     851 Central Avenue, Bridgeport, Connecticut (Third Tract);

    h.     316 Deacon Street, Bridgeport, Connecticut (Fourth Tract, First Parcel);

    i.     1065-1081 Central Avenue, Bridgeport, Connecticut (Fourth Tract, Second Parcel);

      j.      1044-1046 Central Avenue, Bridgeport, Connecticut (Fifth Tract, First Parcel);

      k.      1054-1056 Central Avenue, Bridgeport, Connecticut (Fifth Tract, Second Parcel);

      l.      1062-1074 Central Avenue, Bridgeport, Connecticut (Fifth Tract, Third Parcel);

      m.      685-695 Union Avenue, Bridgeport, Connecticut (Fifth Tract, Fourth Parcel);

      n.      715 Union Avenue, Bridgeport, Connecticut (Fifth Tract, Fifth Parcel);

      o.      729 Union Avenue, Bridgeport, Connecticut (Fifth Tract, Sixth Parcel).

**Judgment of Strict Foreclosure is hereby entered as follows:**

| | |
|---|---:|
| **Debt** (as of May 1, 2017): | **$12,575,113.63** |
| **Appraisal Fee** | **$10,000.00** |
| **Attorney's Fees & Costs** | **$44,791.96** |
| **Title Search Fee** | **$325.00** |
| **Total Judgment:** | **$12,630,230.59** |
| **Fair Market Value:** | **$5,888,000.00** |

**LAW DAY SET FOR:**

1.      Monday, October 16, 2017, for the owner of the equity of redemption, Defendant, Prayer Tabernacle Church of Love, Inc.;

2.      With title vesting in the Plaintiff on Tuesday, October 17, 2017 in the event the Defendant does not redeem on its law day.

ORDER FOR POSSESSION:  that the Defendant, Prayer Tabernacle Church of Love, Inc., and all persons claiming possession of the premises through the Defendant under any conveyance or instrument executed or recorded subsequent to the date of the lis pendens or whose interest shall

have been thereafter obtained by descent or otherwise, deliver up possession of the premises to the Plaintiff,

BE IT FURTHER ORDERED: that this Court has granted (Doc #48) the Plaintiff's Motion for Default Judgment and Entry of Order by Strict Foreclosure Pursuant to Federal Rule of Civil Procedure 55(b)(2) (Doc #28), and based upon the allegations of the Plaintiff's Amended Complaint, enters this FINAL JUDGMENT pursuant to Federal Rule of Civil Procedure 58, in favor of the Plaintiff on said allegations.

BY THE COURT

*/s/ Jeffrey Alker Meyer*_____
Jeffrey Alker Meyer
United States District Judge