**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Foundation Capital Resources, Inc.<br><br>Plaintiff,<br><br>-v-<br><br>Prayer Tabernacle Church of Love, Inc.<br><br>Defendant. | DOCKET NO: 3:17-CV-00135-JAM<br><br><br><br>SEPTEMBER 28-2017 |

## MOTION FOR PERMISSION TO WITHDRAW

    Pursuant to Local Rules of Civil Procedure 7(e), Counsel, Andre Cayo for the Defendant Prayer Tabernacle Church of Love, Inc. moves this Court for leave to withdraw his appearance which was entered automatically upon his filing of papers on behalf of the Defendant. In support of this motion, counsel represents to the Court that the defendant has been in consultation with other counsels who have advised the defendant different courses of action than the one proposed by counsel.  As a result, the attorney/client relationship has broken down irretrievably.  Withdrawing as counsel would not prejudice the defendant as the defendant Tabernacle Church of Love, Inc. has other counsel who appears on this case.  Notice of this motion will be sent immediately to the agent for the defendant and the defendant other counsel attorney Dennis Bradley.

    Notice was given to the defendant on several occasions of the need to retain an appellate attorney and of its right to file a motion to reconsider and to file an appeal from the Court's

decision to deny the defendant's motion to open the default within the time prescribed by the Federal Rules of Civil Procedure.

    WHEREFORE, counsel moves this Honorable Court to grant this motion.

THE DEFENDANT.

/s/__Andre Cayo (ct29012)__
Andre Cayo, Esq. (Ct29012)
Law Offices of Cayo & Associates, LLC
84 W. Park Place, 3rd Floor
Stamford, CT 06901
203-517-0416  Phone
203-517-0418 Fax
Cayolaw@gmail.com

United States District Court
District of Connecticut

| | |
|---|---|
| Foundation Capital Resources, Inc.<br><br>Plaintiff,<br><br>-v-<br><br>Prayer Tabernacle Church of Love, Inc.<br><br>Defendants. | DOCKET NO: 3:17-CV-00135-JAM<br><br><br><br>SEPTEMBER 28-2017 |

## **PROPOSED ORDER**

Having considered the above Motion for Enlargement of Time to file appropriate pleadings, and the entire record herein, it is this _____ day of _____, 2017, hereby:

ORDERED that the motion is GRANTED

SO ORDERED.

_____
United States District Judge

## **CERTIFICATION**

This is to certify that on this date hereof, a copy of the foregoing was electronically sent to and served on anyone unable to accept the electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic system or by mail to:

McElroy, Deutsch, Mulvaney & Carpenter, LLP-Southport
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4022
Fax: 203-259-0251
Email: kmayhew@mdmc-law.com

Bradley Law Group, LLC
853 Fairfield Ave.
Bridgeport, CT 06605
203-212-3617
Fax: 203-690-1210
Email: dennis@bdklawgroup.com


  /s/ Andre Cayo (ct29012)__
Andre Cayo, Esq.