UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FOUNDATION CAPITAL RESOURCES, INC. | : : : | |
| VS. | : : | NO. 3:17cv135(JAM) |
| PRAYER TABERNACLE CHURCH OF LOVE, INC., ET AL. | : : | OCTOBER 6, 2017 |

## MOTION FOR RELIEF FROM JUDGMENT

Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, the defendant Prayer Tabernacle Church of Love, Inc., respectfully moves for relief from the Judgment entered against it on September 19, 2017.  The judgment was the result of apparent legal malpractice by the prior attorneys for this defendant, which does have a good and valid defense to the action as well as a legitimate basis for a counterclaim against the plaintiff, all as more fully set forth in the Memorandum and Affidavit submitted herewith.

1

                              THE DEFENDANT PRAYER TABERNACLE
CHURCH OF LOVE, INC.

BY:           /s/
                 JOHN R. WILLIAMS (ct00215)
                 51 Elm Street
                 New Haven, CT 06510
                 203.562.9931
                 Fax:  203.776.9494
                 jrw@johnrwilliams.com

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                              /s/
                            JOHN R. WILLIAMS