UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FOUNDATION CAPITAL<br>RESOURCES, INC. | : | |
| | : | |
| VS. | : | NO. 3:17cv135(JAM) |
| | : | |
| PRAYER TABERNACLE<br>CHURCH OF LOVE, INC., ET AL. | : | OCTOBER 5, 2017 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) SS: | New Haven |
| COUNTY OF NEW HAVEN | ) | |

REV. KENNETH H. MOALES, JR., having been duly sworn, states:

1. I am the Senior Pastor and the CEO of the defendant Prayer Tabernacle Church of Love, Inc., and I make this affidavit upon the basis of my personal knowledge.

2. The complaint in this case is a copy of one filed originally in the Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport under Docket Number FBT-CV13-6036501-S.

3. We vigorously contested that action and filed counterclaims, all with the assistance of counsel other than the lawyers who have represented us in this

1

court. A true and accurate copy of the Connecticut Superior Court docket sheets in that matter is attached hereto as Exhibit A, to demonstrate the extent to which that matter was litigated.

4. By November 2016, it has become clear that a jury would be permitted to hear our counterclaims and the plaintiff was significantly at risk. At that time, the plaintiff agreed to afford us an opportunity to obtain other financing which it was contemplated would lead to a resolution of the dispute. Accordingly, the parties executed a Withdrawal and Tolling Agreement in the hope of accomplishing that purpose. A true and accurate copy thereof is attached hereto as Exhibit B. Based upon that agreement, both sides withdrew their respective claims in the Superior Court without prejudice.

5. Without any warning of which I was aware, the plaintiff thereupon promptly refiled the action in this court.

6. Because we could no longer afford to continue the services of our prior attorneys, we attempted to represent ourselves in this court. However, our pleadings were stricken because I signed them and I am not an attorney.

7. As a result, I sought and obtained the assistance of Attorney Dennis Bradley, whom I knew because of our work together on the Bridgeport School Board.

8. Attorney Bradley was provided with the files of our prior attorneys and

we were led to understand that he would promptly file everything necessary to reactivate our defenses and counterclaims.

9. Unfortunately, without our knowledge, Attorney Bradley did nothing and we were defaulted. A default judgment then entered against us.

10. After that, Attorney Bradley told us that Attorney Cayo was going to help us. He assured us that there had been an oversight in turning in paperwork but that Attorney Cayo would fix the problem.

11. I am aware that Attorney Cayo did file papers with this court and that the court deemed them to be unsatisfactory and entered a judgment against us.

12. I believe that there is a good and valid defense to this foreclosure as was set forth in our answer and counterclaim in the state court proceedings.

13. Therefore, I respectfully ask that the court grant us relief from the judgment in this case.

*[signature: Kenneth H. Moales]*

Subscribed and sworn to before me this 5th day of October, 2017.

*[signature]*
Commissioner of the Superior Court

# EXHIBIT A




### State of Connecticut Judicial Branch — Superior Court E-Filing

| | | | |
|---|---|---|---|
| E-Services Home | Attorney/Firm: JOHN R WILLIAMS (067962) | | E-Mail: jrw@johnrwilliams.com   Logout |
| E-Services Inbox | FBT-CV13-6036501-S | FOUNDATION CAPITAL RESOURCES, INC. v. PRAYER TABERNACLE CHURCH OF LOVE, INC. Et Al | |
| | Prefix/Suffix: [none] | Case Type: P00 | File Date: 07/10/2013   Return Date: 07/23/2013 |
| Superior Court E-Filing | Case Detail | Notices | History   Scheduled Court Dates   Help Manual |

- Civil/Family
- Housing

Pending Foreclosure Sales

To receive an email when there is activity on this case, click here.

**E-File a New Case**

**E-File on an Existing Case**
- By Docket Number
- By Party Name
- List My Cases

The logged in Juris Number is not appearing on this case. Select "Go" to e-file an appearance.

Select Case Activity: E-File an Appearance [Go]

Information updated as of: 10/05/2017

#### Case Information
- **Case Type:** P00 - Property - Foreclosure
- **Court Location:** Bridgeport JD
- **Property Address:** 729 Union Avenue, Bridgeport, CT 06607
- **List Type:** No List Type
- **Trial List Claim:**
- **Last Action Date:** 05/18/2017 (The "last action date" is the date the information was entered in the system)

**Court Events**
- By Date
- By Juris Number
- By Docket Number

**Short Calendars**
- Markings Entry
- Markings History
- My Short Calendars
- By Court Location
- Calendar Notices

#### Disposition Information
- **Disposition Date:** 11/21/2016
- **Disposition:** WITHDRAWAL OF ACTION AS TO REMAINING DEFENDANTS
- **Judge or Magistrate:**

**My Shopping Cart (0)**
**My E-Filed Items**

**Pending Foreclosure Sales**

**Search By Property Address**

#### Party & Appearance Information

| Party | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|
| P-01 | FOUNDATION CAPITAL RESOURCES, INC. | | Plaintiff | Firm or Corporation |
| | Attorney: MCELROY DEUTSCH MULVANEY & CARPENTER/PH (412157) File Date: 07/10/2013<br>30 JELLIFF LANE<br>SOUTHPORT, CT 06490 | | | |
| D-01 | PRAYER TABERNACLE CHURCH OF LOVE, INC. | | Defendant | Firm or Corporation |
| | Attorney: ANDRE CAYO (431355)   File Date: 05/19/2017<br>84 W PARK PLACE<br>3RD FLOOR<br>STAMFORD, CT 06901 | | | |
| D-02 | F. MARTONE CONSTRUCTION, INC.<br>Non-Appearing | | Defendant | Firm or Corporation |
| D-03 | THE CONTRACTING GROUP, LLC<br>Non-Appearing | | Defendant | Firm or Corporation |
| D-04 | SILKTOWN ROOFING, INCORPORATED<br>REMOVED | | Defendant | Firm or Corporation |
| D-05 | L&W SUPPLY CORPORATION<br>Non-Appearing | | Defendant | Firm or Corporation |
| D-06 | RAY WEINER, LLC | | Defendant | Firm or Corporation |
| | Attorney: SHEPRO & HAWKINS LLC (417941)   File Date: 07/23/2013<br>2103 MAIN STREET<br>STRATFORD, CT 06615 | | | |
| D-07 | ENVIRONMENTAL ENGINEERING, INC.<br>REMOVED | | Defendant | Firm or Corporation |
| D-08 | FOUNDATION CAPITAL RESOURCES, INC.<br>Non-Appearing | | Defendant | Firm or Corporation |
| D-09 | HOP ENERGY, LLC | | Defendant | Firm or Corporation |
| | Attorney: REVELEY WILLIAM G. & ASSOCIATES LLC (423840)   File Date: 07/12/2013<br>P.O. BOX 657<br>VERNON, CT 06066 | | | |
| D-10 | FDIC AS RECEIVER FOR THE COMMUNITY'S BANK | | Defendant<br>-<br>Substituted | Firm or Corporation |
| | Attorney: COHEN & WOLF PC (010032)   File Date: 07/26/2013<br>PO BOX 1821<br>BRIDGEPORT, CT 06601 | | | |
| D-11 | COMMISSIONER OF REVENUE SERVICES, STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>Non-Appearing | | Defendant | Government Entity |

**Viewing Documents on Civil (including Housing) Cases:** A logged-in appearing self-represented party with electronic access to the case and a logged-in appearing attorney can view pleadings, orders and other documents that are *paperless* by selecting the document link below. Any attorney or self-represented party *without* an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are *not paperless* can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Any documents protected by law or by court order that are not open to the public cannot be viewed online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
|  | 07/10/2013 | P | SUMMONS |  |
|  | 07/10/2013 | P | COMPLAINT |  |
|  | 07/10/2013 | P | RETURN OF SERVICE |  |
|  | 07/10/2013 | P | ADDITIONAL PARTIES PAGE |  |
|  | 07/12/2013 | D | APPEARANCE<br>Appearance |  |
|  | 07/23/2013 | D | APPEARANCE<br>Appearance |  |
|  | 07/26/2013 | D | APPEARANCE<br>Appearance |  |
|  | 07/31/2013 | D | APPEARANCE<br>Appearance |  |
|  | 07/22/2014 |  | CLAIM/RECLAIM<br>Claim/Reclaim |  |
|  | 10/30/2014 |  | CLAIM/RECLAIM<br>Claim/Reclaim |  |
|  | 03/24/2016 |  | CLAIM/RECLAIM<br>Claim/Reclaim |  |
|  | 04/15/2016 |  | CLAIM/RECLAIM<br>Claim/Reclaim |  |
|  | 08/12/2016 |  | CLAIM/RECLAIM<br>Claim/Reclaim |  |
|  | 08/23/2016 |  | CLAIM/RECLAIM<br>Claim/Reclaim |  |
|  | 05/19/2017 | D | APPEARANCE<br>Appearance |  |
| 101.00 | 07/10/2013 | P | LIS PENDENS | No |
| 102.00 | 07/10/2013 | P | SUPPLEMENTAL RETURN<br>For Lis Pendens | No |
| 103.00 | 07/10/2013 | P | SUPPLEMENTAL RETURN<br>For Service on Prayer Tabernacle Church of Love, Inc. | No |
| 104.00 | 07/10/2013 | P | FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT) | No |
| 105.00 | 07/10/2013 | C | FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT) | No |
| 106.00 | 07/11/2013 | C | FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109 | No |
| 107.00 | 07/12/2013 | P | WITHDRAWAL OF ACTION AGAINST PARTICULAR DEFENDANT(S) – CASE REMAINS PENDING | No |
| 108.00 | 07/16/2013 | P | AMENDED COMPLAINT AS SERVED | No |
| 109.00 | 07/18/2013 | P | NOTICE<br>Plt's Notice Of Filing Exhibits | No |
| 110.00 | 07/24/2013 | P | NOTICE<br>Plt's Notice of Service of Exhibits on Deft, Ray Weiner, LLC | No |
| 111.00 | 07/26/2013 | P | NOTICE<br>Plt's Notice of Service of Exhibits on Deft The Community's Bank | No |
| 112.00 | 07/29/2013 | D | ELECTRONIC SERVICE NOTICE JD-ES-286 | No |
| 113.00 | 07/31/2013 | D | FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108<br>RESULT: Order 8/1/2013 BY THE CLERK | No |
| 113.10 | 08/01/2013 | C | ORDER<br>MEDIATION SCHEDULED<br>RESULT: Order 8/1/2013 BY THE CLERK<br>Last Updated: Additional Description - 08/01/2013 | No |
| 113.11 | 08/01/2013 | C | ORDER<br>RESULT: Order 8/1/2013 BY THE CLERK | No |
| 114.00 | 08/01/2013 | P | NOTICE<br>Plt's Notice of Filing Exhibits on Deft Prayer Tabernacle Church of Love, Inc. | No |

| | | | | |
|---|---|---|---|---|
| 115.00 | 08/21/2013 | P | MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20 | No |
| 115.10 | 09/16/2013 | C | ORDER<br>NOTICE - D-02 ; D-03; D-05; D-11<br>RESULT: Granted 9/16/2013 BY THE CLERK | No |
| 116.00 | 09/03/2013 | P | MOTION FOR CONTINUANCE<br>RESULT: Granted 9/4/2013 HON THEODORE TYMA | No |
| 116.10 | 09/04/2013 | C | ORDER<br>RESULT: Granted 9/4/2013 HON THEODORE TYMA | No |
| 117.00 | 09/20/2013 | P | FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96<br>RESULT: Granted 9/23/2013 HON THEODORE TYMA | No |
| 117.10 | 09/23/2013 | C | ORDER<br>RESULT: Granted 9/23/2013 HON THEODORE TYMA | No |
| 118.00 | 10/25/2013 | D | MOTION TO SUBSTITUTE PARTY<br>FDIC AS RECEIVER FOR THE COMMUNITY'S BANK (WITH MEMO OF LAW)<br>RESULT: Granted 11/12/2013 HON RICHARD GILARDI | No |
| 118.10 | 11/12/2013 | C | ORDER<br>RESULT: Granted 11/12/2013 HON RICHARD GILARDI | No |
| 119.00 | 11/07/2013 | C | FORECLOSURE MEDIATOR'S REPORT | No |
| 120.00 | 12/19/2013 | C | FORECLOSURE MEDIATOR'S REPORT | No |
| 121.00 | 02/25/2014 | D | MOTION FOR CONTINUANCE<br>RESULT: Granted 2/27/2014 HON THEODORE TYMA | No |
| 121.10 | 02/27/2014 | C | ORDER<br>RESULT: Granted 2/27/2014 HON THEODORE TYMA | No |
| 122.00 | 03/25/2014 | C | FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED | No |
| 123.00 | 04/16/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Granted 5/8/2014 BY THE CLERK | No |
| 123.10 | 05/08/2014 | C | ORDER<br>Granted as to D-01<br>RESULT: Granted 5/8/2014 BY THE CLERK | No |
| 124.00 | 05/09/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>Motion For Default For Failure To Plead<br>RESULT: Order 5/29/2014 BY THE CLERK | No |
| 124.10 | 05/29/2014 | C | ORDER<br>DEN as to D-06 and D-10; GRAN as to D-09<br>RESULT: Order 5/29/2014 BY THE CLERK | No |
| 125.00 | 05/09/2014 | D | ANSWER AND SPECIAL DEFENSE AND COUNTERCLAIM | No |
| 126.00 | 05/20/2014 | P | REQUEST TO REVISE<br>Defendant Prayer Tabernacle Church of Love, Inc.'s Special Defenses and Counterclaims | No |
| 127.00 | 06/03/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Order 6/18/2014 BY THE CLERK | No |
| 127.10 | 06/18/2014 | C | ORDER<br>Order re. Mtn. 127<br>RESULT: Order 6/18/2014 BY THE CLERK | No |
| 128.00 | 06/24/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Granted 7/10/2014 BY THE CLERK | No |
| 128.10 | 07/10/2014 | C | ORDER<br>Granted as to D-11<br>RESULT: Granted 7/10/2014 BY THE CLERK | No |
| 129.00 | 06/24/2014 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>CORRECTED Motion For Default [replacing motion #128] | No |
| 130.00 | 06/26/2014 | D | OBJECTION TO REQUEST TO REVISE<br>Objections/Responses to Requests to Revise<br>RESULT: Sustained 8/12/2014 HON THEODORE TYMA | No |
| 130.50 | 08/12/2014 | C | ORDER<br>RESULT: Sustained 8/12/2014 HON THEODORE TYMA | No |
| 131.00 | 08/27/2014 | P | MOTION TO STRIKE<br>Defendant's Special Defenses and Counterclaims<br>RESULT: Order 3/17/2015 HON ALFRED JENNINGS | Yes |
| 131.50 | 03/17/2015 | C | ORDER<br>RESULT: Order 3/17/2015 HON ALFRED JENNINGS | No |
| 131.70 | 04/01/2015 | C | ORDER<br>RESULT: Order 4/1/2015 HON ALFRED JENNINGS | No |
| 132.00 | 08/27/2014 | P | MEMORANDUM IN SUPPORT OF MOTION<br>by Plaintiff to Strike Defendant's Special Defenses and Counterclaims | No |
| 133.00 | 08/28/2014 | P | MEMORANDUM IN SUPPORT OF MOTION<br>SUPPLEMENTAL Memorandum in Support to Motion To Strike [#131] | No |

| | | | | No |
|---|---|---|---|---|
| 134.00 | 09/02/2014 | D | **REQUEST**<br>REQUEST TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE | No |
| 135.00 | 09/24/2014 | D | **MOTION FOR EXTENSION OF TIME**<br>MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE | No |
| 136.00 | 10/10/2014 | D | **OBJECTION TO MOTION**<br>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE | No |
| 137.00 | 11/14/2014 | P | **REPLY**<br>to Defendant's Objection to Plaintiff's Motion to Strike Dated October 10, 2014 | No |
| 138.00 | 03/20/2015 | P | **NOTICE OF SERVICE OF REQUEST FOR ADMISSION PB 13-22**<br>Plt's Notice of Service of Request To Admit to Defendant Prayer Tabernacle Church of Love | No |
| 139.00 | 03/31/2015 | D | **MOTION FOR EXTENSION OF TIME**<br>Motion for Extension of time to file repleaded special defenses and counterclaims<br>*RESULT:* Granted 4/20/2015 HON ALFRED JENNINGS | No |
| 139.10 | 04/20/2015 | C | **ORDER**<br>*RESULT:* Granted 4/20/2015 HON ALFRED JENNINGS | No |
| 140.00 | 04/10/2015 | P | **MOTION FOR EXTENSION OF TIME**<br>Plaintiff's Motion to Extend Time to Reply to Defendant's Special Defenses<br>*RESULT:* Granted 4/27/2015 HON ALFRED JENNINGS | No |
| 140.10 | 04/27/2015 | C | **ORDER**<br>*RESULT:* Granted 4/27/2015 HON ALFRED JENNINGS | No |
| 141.00 | 04/13/2015 | D | **MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13**<br>Extension of time to respond to Interrogatories, Requests for Production, and Requests to admit<br>*RESULT:* Granted 5/4/2015 HON ALFRED JENNINGS | No |
| 141.50 | 05/04/2015 | C | **ORDER**<br>*RESULT:* Granted 5/4/2015 HON ALFRED JENNINGS | No |
| 142.00 | 05/01/2015 | D | **SPECIAL DEFENSE**<br>Repleaded Special Defenses and Counterclaim | No |
| 143.00 | 05/21/2015 | D | **MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13**<br>Defendant's 2nd Req for Extension of time to respond to discovery requests<br>*RESULT:* Order 6/8/2015 HON RICHARD GILARDI | No |
| 143.10 | 06/08/2015 | C | **ORDER**<br>*RESULT:* Order 6/8/2015 HON RICHARD GILARDI | No |
| 144.00 | 05/22/2015 | P | **OBJECTION TO REQUEST TO EXTEND TIME TO RESPOND TO INTERROGATORIES/PROD-PB 13-7(a)(2)/13-10(a)(2)** | No |
| 145.00 | 06/01/2015 | P | **REPLY TO SPECIAL DEFENSE AND ANSWER TO COUNTERCLAIM**<br>Plaintiffs' Reply to Special Defenses and Answer to Counterclaim | No |
| 146.00 | 06/19/2015 | D | **OBJECTION TO MOTION OR REQUEST FOR DISCOVERY PB CH13**<br>re: Interrogatories | No |
| 147.00 | 06/19/2015 | D | **OBJECTION TO MOTION OR REQUEST FOR DISCOVERY PB CH13**<br>re: Requests for Production | No |
| 148.00 | 12/23/2015 | P | **MOTION FOR EXTENSION OF TIME RE DISCOVERY MOTION OR REQUEST PB CH13**<br>Plt's Motion For Extension of Time to Respond to Discovery Propounded by Defendant Prayer Tab<br>*RESULT:* Granted 1/11/2016 HON ALFRED JENNINGS | No |
| 148.10 | 01/11/2016 | C | **ORDER**<br>*RESULT:* Granted 1/11/2016 HON ALFRED JENNINGS | No |
| 149.00 | 02/24/2016 | D | **AMENDED SPECIAL DEFENSE**<br>and Counterclaims | No |
| 150.00 | 03/01/2016 | P | **MOTION RE DEPOSITION**<br>Motion to Compel Deposition | No |
| 151.00 | 03/01/2016 | P | **REQUEST FOR ADJUDICATION OF DISCOVERY OR DEPOSITION DISPUTE (JD-CV-119)** | No |
| 152.00 | 03/01/2016 | P | **CASEFLOW REQUEST (JD-CV-116)** | No |
| 152.50 | 03/04/2016 | C | **ORDER**<br>*RESULT:* Denied 3/4/2016 HON ALFRED JENNINGS | No |
| 153.00 | 03/03/2016 | D | **OBJECTION TO REQUEST**<br>Objection to Caseflow Request (Doc. #152.00) | No |
| 154.00 | 03/04/2016 | D | **OBJECTION TO MOTION**<br>Objection to Motion to Compel | No |
| 155.00 | 03/10/2016 | P | **OBJECTION TO MOTION**<br>Objection to Defendant's Motion for Leave to Amend Special Defense and Counterclaims<br>*RESULT:* Off 5/2/2016 HON ALFRED JENNINGS | No |
| 155.01 | 05/02/2016 | C | **ORDER**<br>*RESULT:* Off 5/2/2016 HON ALFRED JENNINGS | No |
| 156.00 | 03/17/2016 | P | **REPLY**<br>Plaintiff's Reply to Defendant's Objection to Motion to Compel Deposition | No |
| 157.00 | 04/14/2016 | D | **REPLY MEMORANDUM**<br>to Plaintiff's Objection to Motion to Amend Special Defenses and Counterclaims | No |
| 158.00 | 04/26/2016 | P | **REQUEST FOR ARGUMENT - NON-ARG MATTER (JD-CV-128)** | No |

| 159.00 | 05/02/2016 | P | CASEFLOW REQUEST (JD-CV-116)<br>*RESULT:* Denied 5/2/2016 HON BARBARA BELLIS | No |
|---|---|---|---|---|
| 159.10 | 05/02/2016 | C | ORDER<br>*RESULT:* Denied 5/2/2016 HON BARBARA BELLIS | No |
| 160.00 | 05/16/2016 | D | MOTION FOR PROTECTIVE ORDER PB 13-5<br>re Deposition of Pastor Moales<br>*RESULT:* Order 5/31/2016 HON MICHAEL KAMP | No |
| 160.10 | 05/31/2016 | C | ORDER<br>Order<br>*RESULT:* Order 5/31/2016 HON MICHAEL KAMP | No |
| 161.00 | 05/20/2016 | P | OBJECTION TO MOTION<br>Plaintiff's Objection to Defendant's Motion For Protective Order<br>*RESULT:* Order 5/31/2016 HON MICHAEL KAMP | No |
| 161.10 | 05/31/2016 | C | ORDER<br>See 160.10<br>*RESULT:* Order 5/31/2016 HON MICHAEL KAMP | No |
| 162.00 | 05/20/2016 | P | MOTION RE DEPOSITION<br>Plt's Second Motion To Compel Deposition<br>*RESULT:* Order 5/31/2016 HON MICHAEL KAMP | No |
| 162.10 | 05/31/2016 | C | ORDER<br>See Entry 160.10<br>*RESULT:* Order 5/31/2016 HON MICHAEL KAMP | No |
| 163.00 | 05/31/2016 | C | ORDER<br>*RESULT:* Order 5/31/2016 HON BARBARA BELLIS | No |
| 164.00 | 06/02/2016 | P | SCHEDULING ORDER<br>*RESULT:* Order 6/10/2016 HON BARBARA BELLIS | No |
| 164.10 | 06/10/2016 | C | ORDER<br>*RESULT:* Order 6/10/2016 HON BARBARA BELLIS | No |
| 165.00 | 06/07/2016 | D | AMENDED SPECIAL DEFENSE<br>and Counterclaims | No |
| 166.00 | 06/20/2016 | P | MOTION TO STRIKE<br>Defendant's Third Special Defenses and Counterclaims | Yes |
| 166.10 | 09/29/2016 | C | MEMORANDUM OF DECISION<br>Re the Plaintiff's Motion to Strike (No. 166)<br>*RESULT:* Order 9/29/2016 HON WILLIAM WENZEL<br>Last Updated:  Additional Description - 09/30/2016 | No |
| 167.00 | 06/20/2016 | P | MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE PB 10-40<br>Memorandum of Law in Support of its Motion to Strike Defendant's 3rd Special Defenses & Counterclaim | No |
| 168.00 | 06/21/2016 | P | MEMORANDUM IN SUPPORT OF MOTION<br>Memorandum of Law in Support of its Motion to Strike Defendant's 3rd Special Defenses & Counterclaim | No |
| 169.00 | 06/30/2016 | P | CASEFLOW REQUEST (JD-CV-116) | No |
| 170.00 | 07/05/2016 | D | MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE PB 10-40 | No |
| 171.00 | 07/15/2016 | P | DISCLOSURE OF EXPERT WITNESS | No |
| 172.00 | 07/25/2016 | P | MOTION FOR APPOINTMENT OF PERMANENT RECEIVER<br>Plt's Motion For Appointment of Receiver of Rents with attachments | Yes |
| 173.00 | 07/27/2016 | D | MOTION FOR EXTENSION OF TIME<br>To Respond To Plt's Motion for Appointment of Receiver of Rents (Entry No. 172.00)<br>*RESULT:* Granted 8/15/2016 HON RICHARD GILARDI | No |
| 173.10 | 08/15/2016 | C | ORDER<br>*RESULT:* Granted 8/15/2016 HON RICHARD GILARDI | No |
| 174.00 | 08/18/2016 | P | REQUEST TO AMEND COMPLAINT/AMENDMENT<br>Plt's Request For Leave To Amend Complaint, Second Amended Foreclosure Complaint with Exhs A-J | No |
| 175.00 | 09/08/2016 | P | COMPLAINT<br>Second Amended Foreclosure Complaint | No |
| 176.00 | 09/09/2016 | D | OBJECTION TO MOTION<br>for appointment of receiver of rents | No |
| 177.00 | 09/12/2016 | P | REPLY<br>Reply to Defendant's Objection to Plaintiff's Motion for the Appointment of a Receiver of Rents | No |
| 178.00 | 09/15/2016 | P | MOTION FOR CONTINUANCE<br>Motion For Continuance of Trial<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |
| 178.10 | 09/16/2016 | C | ORDER<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |
| 179.00 | 09/16/2016 | P | CASEFLOW REQUEST (JD-CV-116)<br>For clarification of Order (docket no. 178.10)<br>*RESULT:* Order 9/16/2016 HON BARBARA BELLIS | No |

| | | | | | |
|---|---|---|---|---|---|
| 179.10 | 09/16/2016 | C | ORDER<br>RESULT: Order 9/16/2016 HON BARBARA BELLIS | | No |
| 180.00 | 09/20/2016 | P | MOTION TO REARGUE/RECONSIDER<br>Motion to Reargue Order Denying Motion for Continuance of Trial<br>RESULT: Order 9/23/2016 HON BARBARA BELLIS | | No |
| 180.10 | 09/23/2016 | C | ORDER<br>RESULT: Order 9/23/2016 HON BARBARA BELLIS | | No |
| 181.00 | 09/23/2016 | D | MOTION FOR CONTINUANCE<br>of Trial<br>RESULT: Order 9/23/2016 HON BARBARA BELLIS | | No |
| 181.10 | 09/23/2016 | C | ORDER<br>RESULT: Order 9/23/2016 HON BARBARA BELLIS | | No |
| 182.00 | 09/23/2016 | D | MEMORANDUM IN SUPPORT OF MOTION<br>of Motion for Continuance (Doc. 181) and Pltf Motion for Reconsideration | | No |
| 183.00 | 09/26/2016 | D | ANSWER AND SPECIAL DEFENSE AND COUNTERCLAIM<br>to Pltf Second Amended Foreclosure Complaint (Doc. 175). | | No |
| 184.00 | 09/29/2016 | P | MOTION FOR CONTINUANCE<br>of Trial<br>RESULT: Granted 9/29/2016 HON BARBARA BELLIS | | No |
| 184.10 | 09/29/2016 | C | ORDER<br>RESULT: Granted 9/29/2016 HON BARBARA BELLIS | | No |
| 185.00 | 09/29/2016 | P | MEMORANDUM IN SUPPORT OF MOTION<br>Memorandum in Support of Plaintiff's Renewed Motion for Continance of Trial Upon Consent | | No |
| 186.00 | 10/04/2016 | P | COMPLEX LITIGATION APPLICATION (JD-CV-39)<br>RESULT: Denied 10/21/2016 HON WILLIAM BRIGHT | | No |
| 186.10 | 10/21/2016 | C | ORDER<br>RESULT: Denied 10/21/2016 HON WILLIAM BRIGHT | | No |
| 187.00 | 10/11/2016 | P | REPLY TO SPECIAL DEFENSE AND ANSWER TO COUNTERCLAIM<br>Plaintiff's Reply to Defendant's Special Defenses & Answer to Counterclaim dated September 23, 2016 | | No |
| 188.00 | 10/27/2016 | D | MOTION TO STRIKE<br>Plaintiff's Special Defenses to Counterclaims (Doc. 183). | | Yes |
| 189.00 | 10/27/2016 | D | MEMORANDUM IN SUPPORT OF MOTION<br>to Strike Pltf Special Defenses to Counterclaims | | No |
| 190.00 | 10/28/2016 | P | CASEFLOW REQUEST (JD-CV-116) | | No |
| 191.00 | 11/07/2016 | P | CASEFLOW REQUEST (JD-CV-116) | | No |
| 192.00 | 11/08/2016 | D | CLAIM FOR JURY OF 6<br>on issues so triable. | | No |
| 193.00 | 11/09/2016 | P | OBJECTION<br>Objection to Defendant's Claim for Jury Trial<br>RESULT: Order 11/14/2016 HON DALE RADCLIFFE | | No |
| 193.10 | 11/14/2016 | C | ORDER<br>RESULT: Order 11/14/2016 HON DALE RADCLIFFE | | No |
| 194.00 | 11/09/2016 | P | CASEFLOW REQUEST (JD-CV-116) | | No |
| 195.00 | 11/09/2016 | P | OBJECTION TO MOTION<br>Plaintiff's Objection to Defendant's Motion to Strike Plaintiff's Special Defenses to Counterclaims | | No |
| 196.00 | 11/14/2016 | D | REPLY MEMORANDUM<br>to Pltf Objection to Jury Claim (Doc 193) | | No |
| 197.00 | 11/14/2016 | D | REPLY MEMORANDUM<br>CORRECTED to Pltf Obj to Jury Claim | | No |
| 198.00 | 11/14/2016 | D | WITHDRAWAL<br>Doc. 196.00, Def. Reply Memorandum | | No |
| 199.00 | 11/14/2016 | D | MOTION FOR CONTINUANCE<br>of Trial | | No |
| 200.00 | 11/14/2016 | D | MEMORANDUM IN SUPPORT OF MOTION<br>for continuance of Trial | | No |
| 201.00 | 11/14/2016 | D | TRIAL MANAGEMENT REPORT | | No |
| 202.00 | 11/14/2016 | D | MOTION IN LIMINE<br>regarding variance for 1209-1231 Stratford Ave | | No |
| 203.00 | 11/14/2016 | P | OBJECTION TO MOTION<br>Plaintiff's Objection to Defendant's Motion for Continuance of Trial | | No |
| 204.00 | 11/14/2016 | P | REPLY<br>Plaintiff's Reply to Defendant's Amended Response to Plaintiff's Objection to Jury Claim | | No |
| 205.00 | 11/14/2016 | P | MOTION IN LIMINE<br>Plaintiff's Motion in Limine | | No |
| 206.00 | 11/14/2016 | P | TRIAL MANAGEMENT REPORT<br>Plaintiff's Trial Management Report | | No |

| 207.00 | 11/14/2016 | P | CERTIFICATION OF SERVICE<br>Plaintiff's Trial Management Report | No |
| 208.00 | 11/21/2016 | P | WITHDRAWAL<br>Withdrawal of Complaint without Prejudice | No |
| 209.00 | 11/21/2016 | D | WITHDRAWAL OF COUNTERCLAIM<br>without Prejudice (Doc. 183.00), Subject to Tolling Agreement | No |
| 210.00 | 11/21/2016 | P | WITHDRAWAL OF ACTION AS TO REMAINING DEFENDANTS | No |

| Scheduled Court Dates as of 10/04/2017 ||||
|---|---|---|---|
| FBT-CV13-6036501-S - **FOUNDATION CAPITAL RESOURCES, INC. v. PRAYER TABERNACLE CHURCH OF LOVE, INC. Et Al** ||||
| # | Date | Time | Event Description | Status |
| No Events Scheduled |||||

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2017, State of Connecticut Judicial Branch

# EXHIBIT B

# WITHDRAWAL AND TOLLING AGREEMENT

This Withdrawal and Tolling Agreement dated November 15th, 2016 ("Agreement") is made by and between Foundation Capital Resources, Inc. ("FCR" or "Plaintiff") and The Prayer Tabernacle Church of Love, Inc. ("Prayer Tabernacle" or "Defendant") (collectively the "Parties").

## RECITALS

**WHEREAS**, Plaintiff, on July 10, 2013, commenced a foreclosure action against Defendant in the Connecticut Superior Court captioned *Foundation Capital Resources, Inc. v. Prayer Tabernacle Church of Love, Inc., et al*, bearing Docket No. FBT-CT-13-6036501-S (the "Foreclosure Action") seeking to foreclose on fifteen (15) parcels of property subject to its mortgages; and

**WHEREAS**, the Plaintiff filed its Second Amended Complaint dated September 8, 2016 (the "Complaint") in the Foreclosure Action alleging various claims against the Defendant (the "Claims"); and

**WHEREAS**, the Defendant filed its Answer, Special Defenses and Counterclaim dated September 26, 2016 in the Foreclosure Action in which it asserts four (4) special defenses and nine (9) counterclaims to the Foreclosure Action (the "Counterclaim"); and

**WHEREAS**, the Plaintiff filed its Reply to Counterclaim and Special Defenses dated October 11, 2016 (the "Reply"); and

**WHEREAS**, the parties have engaged in discovery including the taking of depositions, the exchange of written interrogatories, the exchange of document production, and requests to admit (the "Discovery") as part of the Foreclosure Action; and

**WHEREAS**, trial is scheduled to commence in the Foreclosure Action on November 22, 2016; and

**WHEREAS**, the Plaintiff is desirous of withdrawing without prejudice its Claims as set forth in the Amended Complaint and the Defendant is desirous of withdrawing without prejudice its claims as set forth in its Counterclaim; and

1

**WHEREAS**, the Plaintiff intends to re-commence its foreclosure action against Defendant, and Defendant intends to re-assert its defenses and counterclaims thereto, and Plaintiff intends to re-assert its defenses to Defendant's counterclaims in a new action (the "New Action").

## AGREEMENT

**NOW THEREFORE**, the Parties agree as follows:

1. Plaintiff will withdraw, without prejudice, its Claims against the Defendant in the Foreclosure Action within one (1) business day of the execution of this Agreement.

2. Defendant will withdraw, without prejudice, its Counterclaim against the Plaintiff within one (1) business day of the execution of this Agreement.

3. Each party consents to the withdrawal without prejudice of its claims against the other in the Foreclosure Action and agrees to waive any argument that the reassertion of claims in the New Action is barred or limited by any other argument, claim or doctrine based upon or concerning the existence, litigation, adjudication or withdrawal of the Foreclosure Action and/or the Counterclaim, or upon this Agreement. For example, each party agrees, without limitation, that it will not assert any such defenses or claims to the New Action based upon waiver, equitable estoppel, laches, abuse of process or prior pending action doctrine.

4. The Parties hereby agree that any applicable statute of limitation, statute of repose, notice period, or any other defense based upon the passage of time, whether based upon statutory, contractual or other authority, shall be deemed to be tolled upon the withdrawal of the Plaintiff's Claims in the Foreclosure Action and the withdrawal of the Defendant's Counterclaim in the Foreclosure Action, until such time as the Plaintiff re-commences litigation and re-assertion of the Claims against the Defendant in the New Action (the "Tolling

2

Period"). The Tolling Period commences upon the withdrawal of both the Plaintiff's Claims in the Foreclosure Action and the withdrawal of the Defendant's Counterclaim in the Foreclosure Action.

5. Nothing in this Agreement shall operate to revive any claims of whatever nature which are already barred, in whole or in part, due to the passage of time, the expiration of any notice period, or the running of any statute of limitation or repose, as of the date that the Tolling Period commences. The Parties expressly agree that Plaintiff will withdraw without prejudice the Claims currently pending against the Defendant and the Defendant will withdraw without prejudice the Counterclaim against the Plaintiff, the Foreclosure Action and Counterclaim will be withdrawn, in their entirety, and the Parties have the ability to re-assert the Claims, the Counterclaim and the Reply in a New Action without having any statute of limitations or the statute of repose run during that time. Nothing in this Agreement shall operate as a waiver of or prejudice any party's right to assert that the statute of limitations or other defenses based upon the passage of time have been tolled or have not yet run for reasons other than the execution of this Agreement.

6. This Agreement shall not be construed as an acknowledgment or admission that any period or statute of limitation has run or may run at the point in time, either prior or subsequent to the date of this Agreement. Nor shall this Agreement be construed as an acknowledgement or admission that any period or statute of limitation or statute of repose has not expired prior to the date of this Agreement.

7. The Parties also agree that the Discovery taken in the Foreclosure Action shall be the sole and exclusive Discovery in the New Action, except as set forth below. Stated

3

differently, the Parties agree that they will not seek to take any additional discovery in the New Action including, but not limited to, depositions, interrogatories, admissions and/or requests for production of documents from either party or from any other party or witness. The Parties intend, and hereby agree, to rely solely on the Discovery in the Foreclosure Action as the discovery in the New Action, except as set forth below, with respect to issues that have already been raised. The Parties acknowledge their continuing duty to disclose with respect to Discovery in the Foreclosure Action. The parties hereby further agree that they may take discovery with respect to any matters that occur between the Parties subsequent to the date that this Agreement is executed in final and the date that the New Action is commenced.

8. This Agreement shall not constitute any admission by any of the Parties to this Agreement with regard to the merits of any disputes or potential disputes between them. The Parties to this Agreement agree that they continue to reserve all rights, remedies and defenses available to them under applicable law, which are not within the scope of this Agreement, and that nothing in this Agreement constitutes a waiver of any such rights, remedies or defenses.

9. The rights and defense of the Parties that accrued prior to the execution of this Agreement shall in no way be prejudiced by this Agreement.

10. This Agreement shall not be used or relied upon for any purpose other than the enforcement of its terms. This Agreement shall not be admissible in any proceeding and shall not be used by either party in any proceeding except solely for the purpose of establishing, if the matter be contested, the tolling of any statute of limitations and related doctrine as provided in this Agreement, and the other agreements set forth herein. The parties further agree that this Agreement and the substance of this Agreement, shall be kept confidential and shall not be

4

disclosed or disseminated to anyone other than an agent for a Party, or to an arbitrator, a court or other tribunal for the purposes specified in the preceding sentence, or if compelled by other legal authority.

11. This Agreement shall be binding upon the Parties, their subsidiaries, successors, partners, officers, directors, employees, shareholders, trustees, heirs, executors, personal representatives, agents and assigns.

12. This Agreement supersedes all prior discussions and agreements between the parties hereto with respect to the matters contained herein and contains the sole and entire understanding between the parties hereto. The parties further agree that they have not relied on any representations or discussions outside the four corners of this Agreement. This Agreement may be modified, amended, or extended only by written instrument executed by the Parties hereto.

13. Any party may terminate this Tolling Agreement by giving 30-day written notice to the other Party, but such termination shall be on a prospective basis only and shall not cancel or diminish the tolling effect of this Agreement during its pendency.

14. Each Party hereby acknowledges and agrees that in the negotiation and drafting of this Agreement, it has had the opportunity to consult with counsel of its choice, that its counsel has had an opportunity to contribute to the negotiation and drafting of this Agreement and that the principle of construing a document most strictly against its drafter shall not apply with respect to the interpretation of this Agreement.

15. The signatories to this Agreement represent and warrant that they have the authorization and power to bind the party on whose behalf they are signing.

16.     Any notice given pursuant to the provisions of paragraph thirteen (13) above, shall be given by electronic mail, by telephone, and by certified mail, return receipt requested, addressed to the following parties:

>   (a) Kristin B. Mayhew, Esq.
>       McElroy, Deutsch, Mulvaney & Carpenter LLP
>       30 Jelliff Lane
>       Southport, CT 06890
>       (203) 319-4022
>       kmayhew@mdmc-law.com
>
>   (b) Rebecca Harris, Esq.
>       Crumbie Law Group
>       100 Pearl Street, 12th Floor
>       Hartford, CT 06103
>       (860) 725-0025
>       rharris@crumbielaw.com

*Signature page to follow*

17. This Agreement may be signed in counterparts and by faxed signatures.

| | |
|---|---|
| FOUNDATION CAPITAL RESOURCES, INC. | PRAYER TABERNACLE CHURCH OF LOVE, INC. |
| By: *[signature]*<br>Leslie Lingenfelser, Its Vice President<br>Duly Authorized | By:_____<br>Kenneth Moales, Jr. |
| By: *[signature]*<br>Kristin B. Mayhew, Esq.<br>Counsel for Foundation Capital Resources, Inc. | By:_____<br>Rebecca Harris, Esq.<br>Counsel for Prayer Tabernacle Church of Love, Inc. |

7

17. This Agreement may be signed in counterparts and by faxed signatures.

| | |
|---|---|
| FOUNDATION CAPITAL RESOURCES, INC. | PRAYER TABERNACLE CHURCH OF LOVE, INC. |
| By:_____<br>Leslie Lingenfelser, Its Vice President<br>Duly Authorized | By: *(signed)* Kenneth H. Moales, Jr.<br>Kenneth Moales, Jr. |
| By:_____<br>Kristin B. Mayhew, Esq.<br>Counsel for Foundation Capital Resources, Inc. | By: *(signed)*<br>Rebecca Harris, Esq.<br>Counsel for Prayer Tabernacle Church of Love, Inc. |

7