UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FOUNDATION CAPITAL | : | |
| RESOURCES, INC. | : | |
| | : | |
| VS. | : | NO. 3:17cv135(JAM) |
| | : | |
| PRAYER TABERNACLE | : | |
| CHURCH OF LOVE, INC., ET AL. | : | OCTOBER 6, 2017 |

**MOTION FOR EXTENSION OF TIME TO APPEAL**

The defendant Prayer Tabernacle Church of Love, Inc., respectfully moves for an extension of time, until thirty days after this court rules on its Motion for Relief from Judgment, within which to file an appeal from the Judgment entered against it on September 19, 2017.

        THE DEFENDANT PRAYER TABERNACLE
        CHURCH OF LOVE, INC.


    BY:    /s/
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/
                                    JOHN R. WILLIAMS