UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FOUNDATION CAPITAL<br>RESOURCES, INC. | : | |
| | : | |
| VS. | : | NO. 3:17cv135(JAM) |
| | : | |
| PRAYER TABERNACLE<br>CHURCH OF LOVE, INC., ET AL. | :<br>: | OCTOBER 14, 2017 |

**REPLY BRIEF IN SUPPORT OF MOTION FOR STAY AND MOTION FOR RELIEF FROM JUDGMENT**

The plaintiff's objections to the defendant's Motion for Stay and Motion for Relief from Judgment rely almost entirely on its contention that the defendant is stuck with the blatant wrongdoing of its lawyers. Little or nothing is said about the apparent merits of the defenses to this foreclosure action and the profound public interest in preventing the plaintiff from profiting from its violation of Connecticut law and public policy. In this regard, as the defendant noted in its initial brief, the most compelling reason to grant relief from the judgment and to stay proceedings in this matter is set forth in the Superior Court's comprehensive ruling on the plaintiff's unsuccessful motion to strike the defendant's special defenses and counterclaims. That ruling is Exhibit 3 attached to the defendant's brief supporting the motion for relief from judgment.

1

Specifically, Judge Wenzel ruled:

1. The Special Defense alleging that the plaintiff engaged in affirmative activities within the State of Connecticut in violation of General Statutes Section 33-291 is properly pled and asserts facts which, if established, do constitute a statutory violation. See Exhibit 3, pp. 6 et seq.

2. The Special Defense alleging that the operative documents were obtained by fraud is properly and sufficiently pled "in great specificity...." Exhibit 3, pp. 8, et seq.

3. The Special Defense alleging that the operative documents contain unconscionable provisions is adequately pled. Exhibit 3, pp. 11, et seq.

4. The Special Defense alleging unclean hands because "the transaction was structured by the plaintiff for its own benefit in order for it to receive an amalgamation of fees, all of which the plaintiff could not have demanded as part of a single loan transaction" was adequately pled. Exhibit 3, pp. 14, et seq.

5. For largely the same reasons that the defendant's Special Defenses are valid, the defendant's counterclaims are valid and permissible. Exhibit 3, pp. 20, et seq.

Judge Wenzel's opinion demonstrates that there is a sufficient basis for the defendant to assert in this action that the action itself contravenes the public policy of the State of Connecticut and that the plaintiff's actions associated with this matter are unlawful. The public interest in a fair adjudication of this case on its merits is, therefore, overwhelming.

Twice within the last 48 hours, the undersigned has been contacted by the Connecticut Department of Banking and expressly advised that the Banking Commissioner is sufficiently concerned about the issues raised by this litigation that the department likely will seek to be heard by this court.

For all of the foregoing reasons, the defendant asks this court to enter the stay of all proceedings which has been requested pending an adjudication of the motion for relief from judgment.

                          THE DEFENDANT PRAYER TABERNACLE
                          CHURCH OF LOVE, INC.

BY: /s/
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                                 JOHN R. WILLIAMS