UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FOUNDATION CAPITAL | : | |
| RESOURCES, INC. | : | |
| | : | |
| VS. | : | NO. 3:17cv135(JAM)(JGM) |
| | : | |
| PRAYER TABERNACLE | : | |
| CHURCH OF LOVE, INC., ET AL. | : | DECEMBER 5, 2017 |

## RESPONSE TO COURT ORDER 78

The Court has ordered the parties to advise their views concerning the status of Docket # 62, the receiver's motion for issuance of an order to show cause why the defendant should not be held in contempt.

The prior judgment in this matter has been vacated, an answer has been filed with affirmative defenses and counterclaims, and the plaintiff has been ordered to file its motion for summary judgment.

Based on these facts, the defendant believes that Motion 62 is moot.

1

                THE DEFENDANT PRAYER TABERNACLE
                CHURCH OF LOVE, INC.

BY:           /s/
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/
JOHN R. WILLIAMS