UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FOUNDATION CAPITAL RESOURCES, INC. | : : : | |
| VS. | : : | NO. 3:17cv135(JAM) |
| PRAYER TABERNACLE CHURCH OF LOVE, INC., ET AL. | : : | JANUARY 25, 2018 |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

The defendant Prayer Tabernacle Church of Love, Inc., respectfully moves for a three-week extension of time, until February 21, 2018, within which to respond to the plaintiff's motion for summary judgment. In support of this motion, the defendant represents as follows:

1. Counsel for the plaintiff has consented to this motion.

2. This is the defendant's second motion for an extension of time to respond to the summary judgment motion.

3. The plaintiff's moving papers are more than 450 pages in length, as noted previously.

4. During the past week, the undersigned has received from the Crumbie Law Firm, previous counsel to the defendant, more than five banker boxes filled

1

with documents not previously available and all directly relevant to the pending motion.

5. The undersigned has been continuously engaged since January 5, 2018, in jury trials in the Superior Court at New Haven and is so engaged at this time. The current trial is not expected to conclude until about February 1 and the undersigned is scheduled for yet another jury trial in the same court commencing on February 5, to be followed by a jury trial in this court commencing on February 12.

        THE DEFENDANT PRAYER TABERNACLE
        CHURCH OF LOVE, INC.

BY:_____/s/_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                              JOHN R. WILLIAMS