UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FOUNDATION CAPITAL RESOURCES,
INC.,
    *Plaintiff,*

    v.

PRAYER TABERNACLE CHURCH OF
LOVE, INC.,
    *Defendant*.

No. 3:17-cv-00135 (JAM)

**ORDER TO SHOW CAUSE RE: SETTING OF LAW DAYS**

Defendant Prayer Tabernacle Church of Love, Inc., has not objected to plaintiff's motion for a judgment of foreclosure, Doc. #148, and the Court accordingly intends to grant the motion with one modification.

Plaintiffs in this action propose that law days be set for June 15, 2020 and June 16, 2020. On May 15, the Chief Administrative Judge for Civil Matters of the Connecticut Judicial Branch issued an order immediately staying law days in the state judicial system until July 7, 2020 owing to the present COVID-19 pandemic. *See* Connecticut Judicial Branch, Covid-19 Information (May 28, 2020), https://jud.ct.gov/COVID19.htm [https://perma.cc/7B97-R66G] (collecting orders). It is unclear whether this state administrative order applies to a federal court sitting in diversity. *See generally Gasperini v. Ctr. for Humanities, Inc.*, 518 U.S. 415 (1996); *cf. Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 559 U.S. 393, 420 (2010) (Stevens, J., concurring) ("When a State chooses to use a traditionally procedural vehicle as a means of defining the scope of substantive rights or remedies, federal courts must recognize and respect that choice").

1

In light of this legal uncertainty, the relatively brief period between the proposed law days and law days that would conform with the state's Judicial Branch order, and considerations of comity, the Court is inclined to set law days for **Wednesday, July 8, 2020, and Thursday, July 9, 2020**. Plaintiff is ordered to show cause why law days should not be set for these dates not later than **June 3, 2020**. If plaintiff does not object to these proposed law days, they may file a statement to that effect on lieu of a response to this order. It is so ordered.

Dated at New Haven this 28th day of May 2020.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge